**Original Filed 4/20/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERMAN APARTMENTS, LP, d/b/a G & K Management Co.<br><br>　　　　　Defendant. | Case Number C 07-1239 JF<br><br>ORDER[1] REFERRING ACTION TO FEDERAL *PRO BONO* PROJECT<br><br>[re: docket no. 10] |

On March 1, 2007, Plaintiff, proceeding *pro se*, filed a complaint alleging racial discrimination in housing. The complaint consists of factual allegations in narrative form. The crux of Plaintiff's allegations is that she made an appointment to see an apartment, but that when she arrived for the appointment and Defendant became aware of her race, Defendant refused to show her the apartment. On March 16, 2007, Plaintiff moved for the appointment of counsel. In exceptional circumstances, the Court has discretion to request counsel to provide *pro bono* representation to a plaintiff proceeding *in forma pauperis*. *Terrell v. Brewer*, 935 F.2d 1015,

---

[1] This disposition is not designated for publication and may not be cited.

1017 (9th Cir. 1991). A finding of exceptional circumstances requires an evaluation of (1) the likelihood that the plaintiff's claims will succeed on the merits and (2) the ability of the plaintiff to articulate his or her claims *pro se* in light of the complexity of the legal issues involved. *Id*.

The Court concludes that it should request the appointment of *pro bono* counsel. It appears that Plaintiff's claims may have merit and that Plaintiff has a limited ability to bring these claims *pro se*. Accordingly, Plaintiff's case will be referred to the Federal Pro Bono Project, which will endeavor to locate an attorney willing to represent Plaintiff. The Clerk of the Court is directed to send a copy of the file to the Federal Pro Bono Project, attention Elizabeth Strickland, 4 North Second Street, Suite 400, San Jose, CA 95113.

Plaintiff is advised that she remains responsible for litigating this action, complying with all Court orders, and appearing for all scheduled hearings until such time as the Federal Pro Bono Project locates an attorney to represent Plaintiff. Plaintiff further is advised that the Federal Pro Bono Project might not be able to locate an attorney willing to represent Plaintiff, in which case Plaintiff will be required to continue litigating the action herself or retain counsel at her own expense.

IT IS SO ORDERED.

DATED: April 20, 2007.

JEREMY FOGEL
United States District Judge

Case No. C 07-1239 JF
ORDER REFERRING ACTION TO FEDERAL *PRO BONO* PROJECT
(JFLC1)

1  This Order has been served upon the following persons:

2  Cathy Enwere

3  1263 Madura Ave.
   Menlo Park, CA 94025

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-1239 JF
ORDER REFERRING ACTION TO FEDERAL *PRO BONO* PROJECT
(JFLC1)