NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CATHY ENWERE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TERMAN APARTMENTS, LP, d/b/a G & K Management Co.<br><br>　　　　　　　Defendant. | Case Number C 07-1239 JF<br><br>ORDER[1] ACCEPTING AMENDED COMPLAINT FILED AS OF RIGHT AND DENYING MOTION TO DISMISS AS MOOT<br><br>[re: docket no. 12, 14] |

On March 1, 2007, Plaintiff, proceeding *pro se*, filed a complaint alleging racial discrimination in housing. The complaint consists of factual allegations in narrative form. The crux of Plaintiff's allegations is that she made an appointment to see an apartment, but that when she arrived for the appointment and Defendant became aware of her race, Defendant refused to show her the apartment. On March 16, 2007, the Court granted Plaintiff's application to proceed *in forma pauperis*. On April 19, 2007, Plaintiff moved for the appointment of counsel. On April 20, 2007, the Court referred the case to the Federal Pro Bono Project.

---

[1] This disposition is not designated for publication and may not be cited.

1   On April 24, 2007, Defendants Terman Associates, L.P.[2] and G&K Management Company, Inc. moved to dismiss the complaint for lack of subject matter jurisdiction, failure to state a claim, and insufficiency of service.

On May 2, 2007, Plaintiff submitted a document entitled "Amendment to Complaint" and an accompanying, hand-written request that it be accepted as an amendment to the initial complaint. Because Plaintiff has not filed another amendment previously, this amendment is filed as of right. *See* Fed. R. Civ. P. 15(a). The operative complaint in this action is now the initial complaint as amended by this further filing. Because the complaint has been amended, the motion to dismiss will be denied as moot and the hearing currently scheduled for June 1, 2007 will be vacated.

On May 2, 2007, Plaintiff submitted a letter to the Court in which she requested advice regarding the sufficiency of service in this action. The Court cannot provide such advice. As stated in its previous orders, the Court recommends strongly that Plaintiff seek such advice from a lawyer. While Plaintiff has been referred to the Federal Pro Bono Project, Plaintiff also should continue to explore other representation options.

IT IS SO ORDERED.

DATED:  May 7, 2007.

_____
JEREMY FOGEL
United States District Judge

---

[2] Defendants state that the name used by Plaintiff "TERMAN APARTMENTS, LP" is erroneous.

2

Case No. C 07-1239 JF
ORDER ACCEPTING AMENDED COMPLAINT FILED AS OF RIGHT AND DENYING MOTION TO DISMISS AS MOOT
(JFLC1)

1  This Order has been served upon the following persons:

2  Eve Helayne Wagner , Esq          ewagner@swattys.com,

3
   Cathy Enwere
4  1263 Madera Ave.
5  Menlo Park, CA 94025

6
   Laurie Beth Hiller
7  Sauer & Wagner LLP
   1801 Century Park East
8  Suite 1150
9  Los Angeles, CA 90067

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-1239 JF
ORDER ACCEPTING AMENDED COMPLAINT FILED AS OF RIGHT AND DENYING MOTION TO DISMISS AS MOOT
(JFLC1)