**E-filed 6/14/07**

EVE H. WAGNER (State Bar No. 126471)
LAURIE B. HILLER (State Bar No. 156231)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100  Fax: (310) 712-8108
Email: ewagner@swattys.com; lhiller@swattys.com

Attorneys for Defendants Terman Associates, L.P., erroneously sued as Terman Apartments, L.P., and G&K Management Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE, | Case No. C 07-1239 JF |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON |
| TERMAN APARTMENTS, L.P., d/b/a G & K MANAGEMENT CO. | |
| Defendant. | |

Whereas, Plaintiff Cathy Enwere ("Plaintiff") has requested that the Case Management Conference currently scheduled for Friday, June 15, 2007 at 10:30 a.m. be continued;

///

1  Whereas the Motion to Dismiss filed by Defendants Terman Associates,
2  L.P., erroneously sued as Terman Apartments, L.P., and G&K Management
3  Company, Inc. ("Defendants") is currently scheduled to be heard on July 27, 2007
4  at 9:00 a.m.;

6  Defendants, through their attorneys of record, and Plaintiff hereby stipulate
7  and agree that the Case Management Conference be continued from its currently
8  scheduled date to July 27, 2007 at 9:00 a.m., to be heard in conjunction with
9  Defendants' Motion to Dismiss.

11  DATED: June 12, 2007                    SAUER & WAGNER LLP

13                                          By: _Laurie B. Hiller_
14                                          Laurie B. Hiller
15                                          Attorneys for Defendant Terman
                                            Associates, L.P., erroneously sued as
16                                          Terman Apartments, L.P., and G&K
                                            Management Company, Inc.

18  DATED: June 12, 2007                    By: _Cathy Enwere_
19                                              Cathy Enwere

Case No. C 07-1249 JF        STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

2

SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, CA 90067

**[PROPOSED] ORDER**

Based on the Joint Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled matter, currently scheduled for June 15, 2007 at 10:30 a.m., is rescheduled to July 27, 2007 at 9:00 a.m.

DATED: 6/14/07

United States District Court Judge
Jeremy Fogel

Case No. C 07-1249 JF     STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is 1801 Century Park East, Suite 1150, Los Angeles, California 90067.

On June 12, 2007, I served the foregoing document(s) described as: **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** on the interested party(ies) in this action, enclosed in a sealed envelope, addressed as follows:

Cathy Enwere
1263 Madura Avenue
Menlo Park, CA 94025

(X) I am readily familiar with the business practice for collection and processing of correspondence for mailing within the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Los Angeles, California.

( ) By Federal Express, I caused to be delivered such envelope via Federal Express to the office(s) of the addressee(s) noted above.

( ) By facsimile machine, I caused the above-referenced document(s) to be transmitted to the party(ies) listed above.

( ) By personal service, I delivered such envelope by hand to the offices of the addressee(s) noted above.

Executed this 12th day of June, 2007, at Los Angeles, California.

( ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ Melissa Granados_
Melissa Granados