UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE,<br><br>        Plaintiff,<br><br>   v.<br><br>TERMAN ASSOCIATES, L.P., dba<br>TERMAN APARTMENTS, et al.,<br><br>        Defendants. | Case No.: C 07-1239 JF (PVT)<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR ADDITIONAL TIME**<br><br>**(Re: Docket No. 54)** |

      On April 17, 2008, Plaintiff filed a document in which she is requesting additional time to respond to Defendants' discovery requests.[1] Having reviewed the moving papers submitted by Plaintiff, the court finds it appropriate to issue this interim order without oral argument. Based on the document filed, and the file herein,

      IT IS HEREBY ORDERED that, no later than April 29, 2008, Plaintiff shall file a supplemental brief setting forth her proposed schedule for responding to the discovery requests.

      IT IS FURTHER ORDERED that, no later than May 2, 2008, Defendants shall file either an acceptance of Plaintiff's proposed schedule, or else an opposition to the proposed schedule which

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1 | explains their reasons for opposing the schedule.

2 |   IT IS FURTHER ORDERED that, if Defendants file an opposition, then no later than May 12, 2008, Plaintiff shall file a reply to Defendants' opposition.

4 |   IT IS FURTHER ORDERED that after the foregoing briefing is completed the court will issue an order on Plaintiff's request without oral argument.

Dated: *4/21/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on    *4/21/08*    to:

Cathy Enwere
1263 Madera Ave.
Menlo Park, CA 94025

                                  */s/ Donna Kirchner*    for
                                  CORINNE LEW
                                  Courtroom Deputy