UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERMAN ASSOCIATES, L.P., dba<br>TERMAN APARTMENTS, et al.,<br><br>　　　　　Defendants. | Case No.: C 07-1239 JF (PVT)<br><br>**ORDER RE PLAINTIFF'S REQUEST<br>FOR ADDITIONAL TIME**<br><br>**(Re: Docket No. 54)** |

On April 17, 2008, Plaintiff filed a document in which she is requesting additional time to respond to Defendants' discovery requests.[1] The court asked the parties to brief a proposed schedule for Plaintiff to respond to the discovery. On or about April 29, 2008,[2] Plaintiff submitted a document entitled "Ordered Schedule Date for Completion of Discovery," in which she notes that the matter of the deadline for her responses was discussed at the Case Management Conference

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] Chambers received this document on or about April 29, 2008. Several days later it came to the court's attention that no copy of the document had been docketed in the court's file, and so a copy of chambers' copy was provided to the Clerk's Office for filing. It was filed on May 5, 2008. It is unclear why a copy came to chambers without an original being filed with the Clerk's Office. However, it appears it was submitted by Plaintiff by the deadline set by this court's prior order. In light of the court's delay in filing the document, Defendants' response is deemed timely as well.

ORDER, *page 1*

before District Judge Fogel on April 25, 2008, and that the parties agreed to a deadline of May 30, 2008. On May 7, 2008, Defendants filed a response to the document submitted by Plaintiff. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without further briefing or oral argument. Based on the papers submitted by the parties and the file herein,

IT IS HEREBY ORDERED that Plaintiff's request for additional time is GRANTED. Plaintiff shall serve her discovery responses on Defendants no later than May 30, 2008. Service may be accomplished by mail postmarked no later than May 30, 2008.

IT IS FURTHER ORDERED that Defendants' request for a ruling that Plaintiff has waived any and all objections to Defendants' discovery requests is DENIED in light of this order extending Plaintiff's time to respond to the discovery requests. This ruling is without prejudice to a motion to deem objections waived if Plaintiff fails to respond to the discovery requests by the new deadline set herein. Any such motion must comply with the notice requirements of Civil Local Rule 7-2.

Dated: *5/8/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on    5/8/08    to:

Cathy Enwere
1263 Madera Ave.
Menlo Park, CA 94025

        /s/  Donna Kirchner    for
CORINNE LEW
Courtroom Deputy