UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE,<br><br>        Plaintiff,<br><br>  v.<br><br>TERMAN ASSOCIATES, L.P., dba<br>TERMAN APARTMENTS, et al.,<br><br>        Defendants. | Case No.: C 07-1239 JF (PVT)<br><br>**ORDER RE TIMING FOR PLAINTIFF'S DISCOVERY RESPONSES AND RE SCHEDULE FOR MOTION TO COMPEL DFEH TO PRODUCE DOCUMENTS** |

On or about May 13, 2008, Plaintiff filed a request for an order compelling Non-Party California Department of Fair Employment and Housing ("DFEH") to produce records pursuant to a subpoena served on it by Plaintiff ("Motion to Compel").[1]  The court has also received a letter dated May 14, 2008, which was submitted on Plaintiff's behalf, requesting that Plaintiff be given time off from her court case.  Based on the two foregoing documents and the file herein,

IT IS HEREBY ORDERED that, in light of Plaintiff's request for time off from this case, the time for Plaintiff to respond to Defendants' discovery requests is extended to June 17, 2008.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel will not be heard until July

---

[1]  The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  15, 2008 at 10:00 a.m. in Courtroom 5 of this court.[2]  Non-Party DFEH shall serve (by mail) and file

2  its opposition no later than June 20, 2008.  Plaintiff shall serve (by mail) and file her reply no later

3  than July 8, 2008.

4      IT IS FURTHER ORDERED that, if the July 15, 2008 hearing date creates a scheduling

5  conflict for any of the parties or DFEH, then no later than June 3, 2008, they shall file a request to

6  reschedule the hearing.  Upon receipt of any such request, the court will contact the parties to

7  schedule a different hearing date.

8      IT IS FURTHER ORDERED that the letter dated May 14, 2008 which was filed on behalf of

9  Plaintiff shall be filed under seal.

10 Dated: *5/15/08*

11                                  *[signature]*
                                    PATRICIA V. TRUMBULL
12                                  United States Magistrate Judge

---

[2] Normally a motion is heard on 35 days' notice, which would have been June 17, 2008. The court has set it out further in order to allow Plaintiff some time off from this case.

ORDER, *page 2*

*Defense counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on    *5/15/08*      to:

Cathy Enwere
1263 Madera Ave.
Menlo Park, CA 94025

Susan Sheftel
District Administrator
Department of Fair Employment & Housing
1515 Clay St., Ste. 701
Oakland, CA  94612

            /s/ Donna Kirchner      for
            CORINNE LEW
            Courtroom Deputy