UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE,<br><br>      Plaintiff,<br><br>  v.<br><br>TERMAN ASSOCIATES, L.P., dba<br>TERMAN APARTMENTS, et al.,<br><br>      Defendants. | Case No.: C 07-1239 JF (PVT)<br><br>**ORDER DENYING PLAINTIFF'S "REQUEST FOR SUBPOENA TO BE SERVED ON HUD AND PROJECT SENTINEL ALSO FOR RELIEF TO BE ENTER INTO COURT AND DOCUMENT TO BE LOOK AT BY COURTS"** |

On June 2, 2008, Plaintiff filed a document entitled "Request for Subpoena to Be Served on Hud and Project Sentinel Also for Relief to Be Enter into Court and Document to Be Look at by Courts."[1]  Defendants opposed Plaintiff's request.  Based on the papers submitted and the file herein,

IT IS HEREBY ORDERED that Plaintiff's request is DENIED.

To the extent Plaintiff seeks to have the court serve subpoenas on HUD and Project Sentinel, as the court previously instructed Plaintiff, the procedure for obtaining documents from non-parties are prescribed by Rules 30 and 45 of the Federal Rules of Civil Procedure, and a basic explanation of the procedure is included in this court's Handbook for Litigants Without a Lawyer at pages 83-84.

It appears the other relief Plaintiff seeks is essentially a request for entry of judgment.  Any

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

1  such request would have to be made in a motion for summary judgment pursuant to Federal Rules of
2  Civil Procedure 56, and would have to be properly noticed on District Judge Fogel's calendar
3  pursuant to this court's Civil Local Rule 7-2.
4  Dated: *7/15/08*

5
6  *[signature]*
   PATRICIA V. TRUMBULL
   United States Magistrate Judge

***Defense counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on    *7/15/08*            to:

Cathy Enwere
1263 Madera Ave.
Menlo Park, CA 94025

　　　　　　　　　　　　　　　　　　  */s/ Donna Kirchner          for*
　　　　　　　　　　　　　　　　　　  CORINNE LEW
　　　　　　　　　　　　　　　　　　  Courtroom Deputy