1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION
11

| | |
|---|---|
| CATHY ENWERE, | Case No.: C 07-1239 JF (PVT) |
| Plaintiff, | **ORDER RE PLAINTIFF'S "RESPONSE TO DEFENDANT NOT FOLLOWING COURT ORDER FOR DISCOVERY"** |
| v. | |
| TERMAN ASSOCIATES, L.P., dba TERMAN APARTMENTS, et al., | |
| Defendants. | |

Plaintiff filed document entitled "Response to Defendant Not Following Court Order for Discovery." Defendants responded. Based on the papers submitted and the file herein,

IT IS HEREBY ORDERED that, To the extent Plaintiff was requesting a one day extension of time pursuant to Civil Local Rule 6 to provide her witness list and a particular photograph to Defendants as part of her initial disclosures, the request is GRANTED. To the extent Plaintiff was attempting to move for any relief based on Defendants' purported failure to follow a court order, the motion is DENIED based on Plaintiff's failure to properly notice the motion. *See* CIVIL L.R. 7-2.

Dated: *7/15/08*

                                                    PATRICIA V. TRUMBULL
                                                    United States Magistrate Judge

ORDER, *page 1*

***Defense counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on     *7/15/08*     to:

Cathy Enwere
1263 Madera Ave.
Menlo Park, CA 94025

                                     */s/ Donna Kirchner*            *for*
                                      CORINNE LEW
                                      Courtroom Deputy