UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE,<br><br>      Plaintiff,<br><br>  v.<br><br>TERMAN ASSOCIATES, L.P., dba<br>TERMAN APARTMENTS, et al.,<br><br>      Defendants. | Case No.: C 07-1239 JF (PVT)<br><br>**ORDER RE DEFENSE COUNSEL'S REQUEST TO APPEAR BY "COURTCALL"** |

On the afternoon of July 14, 2008, Defendants filed a request for counsel to appear by Courtcall at a hearing set for 10:00 a.m. on July 15, 2008. Based on the papers submitted and the file herein,

IT IS HEREBY ORDERED that Defendants' request is DENIED. It appears Defendants do not wish to be heard on Plaintiff's motion to compel DFEH to comply with a subpoena, but are merely concerned that Plaintiff may bring up other issues. Because no issues are before the court at this morning's 10:00 a.m. hearing other than the aforementioned motion to compel, there is no need for Defendants to appear.

Dated: *7/15/08*

                                        PATRICIA V. TRUMBULL
                                        United States Magistrate Judge

1
2
3  ***Defense counsel automatically notified of this filing via the court's Electronic Case Filing system.***
4
5  copies mailed on *7/15/08* to:
6  Cathy Enwere
   1263 Madera Ave.
7  Menlo Park, CA 94025
8
9                                    */s/ Donna Kirchner     for*
                                      CORINNE LEW
10                                    Courtroom Deputy
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28