UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE,<br><br>        Plaintiff,<br><br>  v.<br><br>TERMAN ASSOCIATES, L.P., dba<br>TERMAN APARTMENTS, et al.,<br><br>        Defendants. | Case No.: C 07-1239 JF (PVT)<br><br>**ORDER RE PLAINTIFF'S FAILURE TO PROPERLY FILE AND SERVE DOCUMENTS SHE HAS SUBMITTED TO THE COURT** |

    It has come to the court's attention that Plaintiff has been asking the clerks office ***not*** to file some of the documents she submits to the court. It also appears Plaintiff has not filed any Certificates of Service for some of the documents she has submitted. Therefore,

    IT IS HEREBY ORDERED that in submitting any documents to the court in the future, Plaintiff shall comply with the filing and service requirements of Rule 5 of the Federal Rules of Civil Procedure as well as this court's Civil Local Rule 7. Although courts construe a *pro se*[1] litigant's pleadings liberally, a *pro se* litigant is nonetheless bound by the rules of procedure. *See Ghazali v. Moran*, 46 F.3d 52 (9th Cir. 1995). A general explanation of how to comply with the rules for filing and service can be found in the court's "Handbook for Litigants Without a Lawyer" (aka "*Pro Se* Handbook"), copies of which are available from the clerk's office or the court's website

---

[1] The term "*pro se*" refers to a party to a lawsuit who is proceeding without a lawyer.

ORDER, *page 1*

1  (www.cand.uscourts.gov).

2  IT IS FURTHER ORDERED that failure to properly file a document that is required to be
3  filed under the Federal Rules of Civil Procedure and this court's Civil Local Rules may result in the
4  document being disregarded by the court.

5  IT IS FURTHER ORDERED that the clerk of the court shall file in the official court file for
6  this case the three documents entitled "Declaration of Cathy Enwere of Racial Discrimination,
7  Withholding of Evidence and Fraudulent Acts Committed by Gwen Richardson and Susan Sheftel
8  for Motion to Compel DFEH to Produce Documents and Discoveries," which were received by the
9  court on July 8, 2008.  The three documents are hereby deemed to be one document.  It shall be
10 manually filed due to its size, and it shall be docketed as "Plaintiff's Reply Papers."  The docket
11 shall reflect that the document was filed as of July 8, 2008.  The handwritten cover sheet, which
12 states "Cathy Enwere's Motion to Compel For Honorable Judge Patricia V. Trumbull" shall be
13 discarded.

14 IT IS FURTHER ORDERED that the clerk of the court shall scan and file in the official
15 court file for this case (using the court's Electronic Case Filing system) the document entitled
16 "Response to Motion to Compel Order Requesting Time to Prepare and Inter Summary Judgement,"
17 which was received by the court on July 23, 2008.  The docket shall reflect that the document was
18 filed as of July 23, 2008.

19 Dated: *7/25/08*

20 *[signature]*
   PATRICIA V. TRUMBULL
21 United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on           to:

Cathy Enwere
1263 Madera Ave.
Menlo Park, CA 94025

 

_____
CORINNE LEW
Courtroom Deputy