Cathy ENWERE
1263 MADERA AVE.
MENlo PARK CA 94025
TEL.650-

FILED
2008 AUG 19 P 2:42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

c/PVT

CATHY ENWERE,

    Plaintiff

V.

TERMAN ASSOCIATES L.P. dba
TERMAN APARTMENTS, et al,
    Defendants

CASE No: C07-1239 JF(PVT)

REQUEST FOR SUBPOENA TO BE SERVED ON HUD FOR COPYS OF CONTRACTS & FAIR HOUSING DOUCUMENTS CASE FILES & HUD MISSING CASE FILES AND PROOF that all Documents THERE Claiming Exemption and Withholding ARE INDEED exempt. Seeking to Inspect Copys Orginal agreement Contracts all WITH BOTH Companys TO ENTRY to property FOR PURPOSE of my Sgniture.

August 19, 2008

TO Honorable
Judge Patricia V Trumbull

Requesting Court to Serve Subpoena on U.S. Department of Housing And Urban Development For Copys of Contracts I Sign For HUD to Investigate My Case in November 14 2005 Reason for verification of My Signiture Seeking to inspect my signiture and copy the document also need to copy the April 11, 2006 Contract and the Oakland Fair Housing Conteact Were I gave permission to Investigate My Case I want proof that all paper work That Hud is Claiming exemption to Found Truthful and The files That HUD Hold From Oakland Fair Housing Release to plaintiff according to According to American Civil Liberties Union Hand book your Right to Privacy by Evan Hendricks, Trudy Hayden & Jack D. Novik I have a Right to a copy of any Copy of documents with my name on it on and any contracts and sign or give permission to So I want to See the November Conteact and All contracts In person I like permission to Entry to HUD Office to verfiy my Signiture of Claim of This document Also Here is a copy of the The Case file I am Requesting For Hud to Send Me That Once Belong to Oakland Fair Housing That They Have Now.

Sign
Cathy Enmure

Also I am pauperis some times I can't afford things court need I do the best I can.

*Cathy Finmere* (signature)