UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE,<br><br>         Plaintiff,<br><br>     v.<br><br>TERMAN ASSOCIATES, L.P., dba<br>TERMAN APARTMENTS, et al.,<br><br>         Defendants. | Case No.: C 07-1239 JF (PVT)<br><br>**ORDER RE PLAINTIFF'S "REQUEST FOR SUBPOENA TO BE SERVED ON HUD"** |

On August 19, 2008, Plaintiff filed a document entitled "Request for Subpoena to Be Served on HUD for Copys of Contracts & Fair Housing Documents Case Files & HUD Missing Case Files and Proof That All Documents There Claiming Exemption and Withholding Are Indeed Exempt. Seeking to Inspect Copys Original Agreement Contracts All with Both Companys to Entry to Property for Purpose of My Signiture." Based on the document filed and the file herein,

IT IS HEREBY ORDERED that the aforementioned document, a copy of which is attached hereto, is deemed to be a motion to compel the U.S. Department of Housing and Urban Development ("HUD") to comply with the subpoena Plaintiff had served on it on August 4, 2008 (see Docket No. 88).

IT IS FURTHER ORDERED that the hearing on Plaintiff's motion is scheduled for

10:00 a.m. on September 23, 2008[1] in Courtroom 5 of this court.  HUD's opposition shall be served (by mail) and filed no later than September 9, 2008.  In its opposition, HUD shall identify each document it is withholding from production, and the basis for withholding each such document.  HUD shall also state the basis it has for any refusal to allow Plaintiff to inspect the original of any documents she has asked to inspect.  Plaintiff shall serve (by mail) and file a reply brief no later than September 16, 2008.

Dated: *8/21/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]  If this hearing date creates a scheduling conflict for any party or non-party, that party or non-party shall immediately file a request to change the hearing date.  If reasonably possible, all interested counsel and Plaintiff shall confer about a mutually agreeable date for the hearing before submitting the request.

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on  *8/21/08*       to:

Cathy Enwere
1263 Madera Ave.
Menlo Park, CA 94025

Charles Hauptman
U.S. Department of Housing and Urban Development
600 Harrison St.
San Francisco, CA 94107

Kim Marlia
U.S. Department of Housing and Urban Development
600 Harrison St.
San Francisco, CA 94107

                                          */s/ Donna Kirchner     for*
                                          CORINNE LEW
                                          Courtroom Deputy

Cathy ENWERE
1263 MADERA AVE.
MENlo PARK CA 94025
TEl.650-

FILED
2008 AUG 19 P 2:42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

c/PVT

CATHY ENWERE,

    Plaintiff

v.

TERMAN ASSOCIATES L.P. dba
TERMAN APARTMENTS, et al,
    Defendants

CASE No: C07-1239 JF(PVT)

REQUEST FOR SUBPOENA TO BE SERVED ON HUD FOR COPYS OF CONTRACTS & FAIR HOUSING DOCUMENTS CASE FILES & HUD MISSING CASE FILES AND PROOF THAT ALL DOCUMENTS THERE CLAIMING EXEMPTION and WithHolding ARE INDEED exempt. Seeking to Inspect Copys Orginal agreement Contracts all WITH BOTH Companys TO ENTRY to property FOR PURPOSE of my Signiture.

August 19, 2008

TO Honorable
Judge Patricia V Trumbull

Requesting Court to Serve Subpoena on U.S. Department of Housing And Urban Development For Copys of Contracts I Sign For HUD to Investigate My Case in November 14 2005 Reason for veefication of my signiture Seeking to inspect my signiture and copy the document also need to copy the April 11, 2006 Conteact and the Oakland FairHousing Conteact were I gave peermission to Investigate my case I want proof that all paper work that HUD is claiming exemption to found truthful and the files that HUD Hold From Oakland Fair Housing Release to plaintiff according to According to American Civil Liberties Union Hand book your Right to Privacy by evAn Hendricks, Trudy Hayden & JACK D. Novik I have a Right to a copy of any Copy of documents with my name on it on and any contracts and Sign or give permission to So I want to see the November conteact and all conteacts IN person I like permission to Entry to HUD Office to verfiy my signiture of Claim of This document Also Here is A copy of The The Case file I am Requesting For HUD to Send me that Once Belong to Oakland FairHousing That They Have Now.

Sign
Cathy Enmere

Also I am pauperis some times I can't afford Things Court need I do The Best I Can.

*Cathy Enmere*