UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE,<br><br>        Plaintiff,<br><br>   v.<br><br>TERMAN ASSOCIATES, L.P., dba<br>TERMAN APARTMENTS, et al.,<br><br>        Defendants. | Case No.: C 07-1239 JF (PVT)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND DEADLINE TO OPPOSE DEFENDANTS' MOTION TO COMPEL** |

On November 3, 2008, Plaintiff filed a request to extend the deadline for her to oppose Defendants' motion to compel by one week. Having reviewed the request submitted by Plaintiff, the court finds it appropriate to issue this order granting Plaintiff's request without further briefing. Based on Plaintiff's request and the file herein,

IT IS HEREBY ORDERED that the deadline for Plaintiff to file her opposition to Defendants' motion to compel is extended to November 12, 2008.

IT IS FURTHER ORDERED that the deadline for Defendants to file their reply is extended to November 19, 2008. The hearing remains on calendar for November 25, 2008.

Dated: *11/4/08*

                             PATRICIA V. TRUMBULL
                             United States Magistrate Judge

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  <u>copies mailed on</u>    *11/4/08*    <u>to:</u>
5  Cathy Enwere
   1263 Madera Ave.
6  Menlo Park, CA 94025
7
8
                                    <u> /s/ Donna Kirchner             for  </u>
9                                   CORINNE LEW
                                    Courtroom Deputy
10
11
...
28