UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERMAN ASSOCIATES, L.P., dba TERMAN APARTMENTS, et al.,<br><br>　　　　Defendants. | Case No.: C 07-1239 JF (PVT)<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO APPEAR BY COURTCALL AT MOTIONS TO COMPEL** |

Presently before the court is Defendants' request to appear by courtcall at the motions to compel. Based on the request and the file herein,

IT IS HEREBY ORDERED that Defendants' request is DENIED. The court generally finds that discovery motions go more smoothly and are more productive with live appearances.

Dated: *1/18/08*

　　　　　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

<u>copies mailed on</u>   *11/18/08*   <u>to:</u>

Cathy Enwere
1263 Madera Ave.
Menlo Park, CA 94025

          /s/ Donna Kirchner          for
          CORINNE LEW
          Courtroom Deputy