\*\*E-Filed 11/26/08\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE,<br><br>               Plaintiff,<br><br>    v.<br><br>TERMAN APARTMENTS, LP, d/b/a G & K MANAGEMENT CO.,<br><br>               Defendants. | Case Number C 07-1239 JF (PVT)<br><br>**ORDER[1] DENYING REQUEST TO VACATE HEARING** |

    Plaintiff Cathy Enwere ("Plaintiff") alleges that Defendant Terman Apartments, d/b/a G & K Management Co. ("Defendants"), illegally discriminated against her in her effort to obtain federally subsidized housing. Among other things, Plaintiff claims that she suffered emotional distress damages as a result of the discrimination. Defendant now seeks orders (1) compelling the San Mateo County Health Department to produce certain of Plaintiff's medical records pursuant to Federal Rule of Civil Procedure 37, and (2) requiring Plaintiff to submit to a mental

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-1239 JF (PVT)
ORDER DENYING REQUEST TO VACATE HEARING
(JFLC3)

status examination pursuant to Federal Rule of Civil Procedure 35.  In support of these requests, Defendant points out that the emotional distress which Plaintiff allegedly suffered as a result of Defendant's discriminatory conduct is the *only* source of damages claimed by Plaintiff in her lawsuit.  A hearing on Defendant's requests was set for November 25, 2008 before Magistrate Judge Trumbull, who is hearing all discovery-related matters in this case.² Apparently, Plaintiff seeks to vacate the hearing before Judge Trumbull on the ground that Defendant's requests, if granted, would infringe her privacy rights.  Plaintiff also states that she feels "discriminated against or not having equal rights in magistrate judge court room."  Pleading filed November 10, 2008, at 1.

      Having reviewed the papers filed in connection with the pending motions, the Court finds no basis for vacating the hearing.  Defendant argues that Plaintiff has placed her mental condition in issue by claiming to have suffered emotional distress damages in connection with her attempt to secure subsidized housing from Defendants, and it does appear that such damages are the only damages Plaintiff seeks to recover.  In light of the undisputed fact that Plaintiff suffers from various pre-existing mental conditions, including bi-polar disorder, Defendant contends that the medical examination and records will shed light on issues of causation critical to Defendant's case.  Without expressing any opinion as to the merits of Defendant's arguments or whether Defendant's concerns are outweighed by Plaintiff's right to privacy, the Court notes that Defendant's requests are within the realm of relief available under Rules 35 and 37.  Plaintiff also has provided no factual basis for her contention that she has received unfair or discriminatory treatment before the presiding Magistrate Judge.  Because the issues in dispute are well within the competence of the Magistrate Judge, the Court declines to vacate the hearing.  If either party is dissatisfied with the outcome of the hearing, that party may seek relief under the appropriate provisions of this Court's local rules.  Accordingly, Plaintiff's motion will be denied

---

² For administrative reasons, the Court was unable to address Plaintiff's request until after the scheduled hearing occurred.

Case No. C 07-1239 JF (PVT)
ORDER DENYING REQUEST TO VACATE HEARING
(JFLC3)

1  *nunc pro tunc* to November 25, 2008.[3]

3  **IT IS SO ORDERED.**

DATED: 11/26/08

                                                                  _____
                                                                  JEREMY FOGEL
                                                                  United States District Judge

---

[3] *See supra* note 2.

1  This Order has been served electronically upon the following persons:

2  Cesar Javier del Peral     cesar.delperal@dfeh.ca.gov

3  Eve Helayne Lewin Wagner , Esq     ewagner@swattys.com

4  James A. Scharf     james.scharf@usdoj.gov, mimi.lam@usdoj.gov

5  Laurie Beth Hiller     lhiller@swattys.com

6  Lindsey A. Urbina     Lindsey.Urbina@dfeh.ca.gov, Voneciel.Gaines@dfeh.ca.gov

7  Notice of this Order has been delivered by other means to:

8  Cathy Enwere
   1263 Madera Ave.
9  Menlo Park, CA 94025

4

Case No. C 07-1239 JF (PVT)
ORDER DENYING REQUEST TO VACATE HEARING
(JFLC3)