**E-Filed 1/9/09**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE,<br><br>          Plaintiff,<br><br>     v.<br><br>TERMAN APARTMENTS, LP, d/b/a G & K MANAGEMENT CO.,<br><br>          Defendants. | Case Number C 07-1239 JF (PVT)<br><br>**ORDER[1] GRANTING REQUEST FOR STAY AND ADJUSTING SCHEDULING ORDER** |

   On December 19, 2008, Plaintiff Cathy Enwere ("Plaintiff") filed a request for time off from her case, stating that she had been involved in an automobile accident on December 4, 2008. Given the number of pending deadlines in this case, it is unclear why Plaintiff waited until December 19 to file her request. However, Plaintiff did attach a letter from her physician attesting to her impaired physical condition. Defendants do not oppose Plaintiff's request, but seek an adjustment of this Court's scheduling order, specifically with respect to the January 16, 2009 discovery cut-off and January 29, 2009 trial date.

---

   [1] This disposition is not designated for publication in the official reports.

1 | Good cause therefore appearing, the Court will order the instant action stayed through
2 | January 30, 2009. However, because Plaintiff's condition appears to have caused delays in the
3 | conduct of discovery, the discovery cut-off date will be extended to April 3, 2009. A pretrial
4 | conference will be held on March 27, 2009 at 11:00 AM, and trial will commence on April 24,
5 | 2009 at 1:30 PM.

**IT IS SO ORDERED.**

DATED: 1/9/09

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 07-1239 JF (PVT)
ORDER GRANTING REQUEST FOR STAY AND ADJUSTING SCHEDULING ORDER
(JFLC3)

1 | This Order has been served electronically upon the following persons:

2 | Cesar Javier del Peral     cesar.delperal@dfeh.ca.gov

3 | Eve Helayne Lewin Wagner , Esq     ewagner@swattys.com

4 | James A. Scharf     james.scharf@usdoj.gov, mimi.lam@usdoj.gov

5 | Laurie Beth Hiller     lhiller@swattys.com

6 | Lindsey A. Urbina     Lindsey.Urbina@dfeh.ca.gov, Voneciel.Gaines@dfeh.ca.gov

7 | Notice of this Order has been delivered by other means to:

8 | Cathy Enwere
    1263 Madera Ave.
9 | Menlo Park, CA 94025

3

Case No. C 07-1239 JF (PVT)
ORDER GRANTING REQUEST FOR STAY AND ADJUSTING SCHEDULING ORDER
(JFLC3)