1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                                SAN JOSE DIVISION
11

12   CATHY ENWERE,                     )        Case No.: C 07-1239 JF (PVT)
                                        )
13                      Plaintiff,      )        **ORDER** DENYING DEFENDANTS'
                                        )        REQUEST FOR CLARIFICATION AND
14        v.                            )        ASSISTANCE IN SCHEDULING
                                        )
15   TERMAN ASSOCIATES, L.P., dba       )
     TERMAN APARTMENTS, et al.,         )
16                                      )
                        Defendants.     )
17   _____)

18        On January 9, 2009, District Judge Fogel stayed this action until January 30, 2009.  On

19   January 14, 2009, Defendants filed a request to reschedule certain events.  Based on the file herein,

20        IT IS HEREBY ORDERED that Defendants' request is DENIED because it violates the

21   current stay of this action.  (Plaintiff is entitled to respond to any such request, and because the case

22   is stayed she is entitled *not* to have to file any such response until after the stay.)  This ruling is

23   without prejudice to Defendants seeking to adjust scheduling dates after the stay is lifted.

24   Dated: *1/15/09*

25                              _Patricia V. Trumbull_
                                PATRICIA V. TRUMBULL
26                              United States Magistrate Judge

27
28

ORDER, *page 1*

1

2   ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4   copies mailed on     *1/15/09*        to:

5   Cathy Enwere
    1263 Madera Ave.
6   Menlo Park, CA 94025

7

8                                        */s/ Donna Kirchner              for*
                                         CORINNE LEW
9                                        Courtroom Deputy

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28