UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CATHY ENWERE, | ) | Case No.: C 07-1239 JF (PVT) |
| Plaintiff, | ) ) ) | **ORDER S**CHEDULING **P**LAINTIFF'S **D**EPOSITION FOR **M**ARCH 16, 2009 |
| v. | ) ) | |
| TERMAN ASSOCIATES, L.P., dba TERMAN APARTMENTS, et al., | ) ) ) | |
| Defendants. | ) ) | |

On February 13, 2009, this court granted Defendants' a motion to compel Plaintiff to appear for deposition. In that order, the court directed the parties to contact court staff no later than February 27, 2009 to inform the court of the dates in March 2009 that they are available for the deposition. The court also ordered that, if any party filed an objection to the order by February 27, 2009, the order would automatically be stayed pending Judge Fogel's ruling on the objection. Counsel for Defendants contacted court staff and notified the court she is available for the deposition on the following dates: March 4–6, 11–13 and 16–20. On February 27, 2009, Plaintiff contacted court staff and declined to provide any dates for her deposition. It appears Plaintiff has not filed any written objection to this court's February 13, 2009 order. Therefore,

IT IS HEREBY ORDERED that Plaintiff shall appear for deposition at 10:00 a.m. on March 16, 2009, in the conference room outside of Courtroom 5 of this court.

Dated: *3/2/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

O<span>RDER</span>, *page 1*

**Counsel automatically notified of this filing via the court's Electronic Case Filing system.**

copies mailed on     *3/3/09*         to:

Cathy Enwere
1263 Madera Ave.
Menlo Park, CA  94025

                                          /s/ Donna Kirchner              for
                                          CORINNE LEW
                                          Courtroom Deputy

ORDER, *page 2*