**E-Filed 3/16/09**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHY ENWERE,<br><br>             Plaintiff,<br><br>    v.<br><br>TERMAN APARTMENTS, LP, d/b/a G & K MANAGEMENT CO.,<br><br>             Defendant. | Case Number C 07-1239 JF (PVT)<br><br>**ORDER[1] OVERRULING OBJECTIONS TO MAGISTRATE JUDGE'S ORDERS** |

On February 13, 2009, Judge Trumbull granted Defendant's motion to compel Plaintiff to appear for a deposition and instructed the parties to submit proposed dates to the court. In the order, Judge Trumbull directed Plaintiff to file any objections thereto not later than February 27, 2009. A deposition subsequently was scheduled for March 16, 2009. On March 6, 2009, Plaintiff filed a document styled "Plaintiff [sic] Motion to dismiss Defendants Entirer [sic] Order for Mental Health Examination & Deposition/When Examination was a Set Up [sic] For Laurie

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-1239 JF (PVT)
ORDER OVERRULING OBJECTIONS TO MAGISTRATE JUDGE'S ORDERS
(JFLC3)

1  B. Hiller to Use James R. Missett for a deposition." It has come to this Court's attention that this
2  document was considered an objection to Judge Trumbull's order dated February 13, 2009. This
3  "objection" was not timely filed and must be overruled on that ground alone.[2] However, the
4  Court has read the objection and the order to which it pertains and finds that the order was not
5  clearly erroneous or contrary to law. Accordingly, the objection will be overruled and the
6  deposition shall proceed as scheduled.

**IT IS SO ORDERED.**

DATED: 3/16/09

_____
JEREMY FOGEL
United States District Judge

---

[2] Plaintiff did file a motion for summary judgment on February 27, 2009. However, to the extent that Plaintiff believes that her motion constituted an objection to Judge Trumbull's order, the Court finds no basis for inferring that the motion was directed in any way at the order.

2

Case No. C 07-1239 JF (PVT)
ORDER OVERRULING OBJECTIONS TO MAGISTRATE JUDGE'S ORDERS
(JFLC3)

1  This Order has been served electronically upon the following persons:

2  Cesar Javier del Peral    cesar.delperal@dfeh.ca.gov

3  Eve Helayne Lewin Wagner , Esq    ewagner@swattys.com

4  James A. Scharf    james.scharf@usdoj.gov, mimi.lam@usdoj.gov

5  Laurie Beth Hiller    lhiller@swattys.com

6  Lindsey A. Urbina    Lindsey.Urbina@dfeh.ca.gov, Voneciel.Gaines@dfeh.ca.gov

7  Notice of this Order has been delivered by other means to:

8  Cathy Enwere
   1263 Madera Ave.
9  Menlo Park, CA 94025

3

Case No. C 07-1239 JF (PVT)
ORDER OVERRULING OBJECTIONS TO MAGISTRATE JUDGE'S ORDERS
(JFLC3)