1



*Law Offices Of*
**SAUER & WAGNER** LLP

LAURIE B. HILLER

Direct Dial: (818) 790-6596

E-Mail: lhiller@swattys.com

1801 Century Park East
Suite 1150
Los Angeles, California 9006

Telephone: (310) 712-8100
Facsimile: (310) 712-8108

File No. 25259-00029

May 7, 2008

Cathy Enwere
1263 Madera Avenue
Menlo Park, California 94025

Re:     *Cathy Enwere v. Terman Apartments L.P. et al.*, United States District
Court Case No. C 07-1239 (JF) (PVT)

Dear Ms. Enwere:

      This letter will confirm the agreement we reached today regarding the initial disclosures required under Rule 26(a) of the *Federal Rules of Civil Procedure*. Pursuant to our agreement, the initial disclosures will be made by all parties on or before May 30, 2008.

Very truly yours,

Laurie B. Hiller/mjg

Laurie B. Hiller

CATHY ENWERE
1263 MADERA AVENUE
MENIO PARK CALIFORNIA 94025

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISISION

CAthy ENWERE
            Plaintiff

vs

TERMAN Apartments L.P.
d/ba/ G&K Management Co.
          Defendants.

CASE No. CO7-1239 JF

REPLY IN SUPPORT OF PAIN
tiff for Declarary Summa
Judgement against to Also,
for a Ruling Against chefendan
dismissal For Failure to See
Subpoena on mental HEAHH
Clinic or Client for Records
For ordering Records before
hearing for Violation of say
mental Health Gout Code again.
mental disable For Malious
Attacks on mental disable
and Conspireing with others

Judicial officer: Hon Jeremy Fogel

Judge Fogel When I Went to my
Clinic 2475 Mental Health on Wesn
day After seeing Doctor Gabriel
I ASK FOR the FAXs that RENEE
Harris was suppose to had FAXED
to There lawyer Peter Fink to get
A Copy of the Subpoenas in which
Renee told me that a Subpoena
Came iN December 2 in January
unit chief Kasey Carr Call me first
iN November told me Subpoena Came
in November there were paper with
Peter Finks Name on them but they
disappeared out of the file SAME AS
the files At Couet house I have Some
ExAmple of Abuse from both offices
Look at the FAX'S RENEE Harris Sent
oN March 30th when I Left it was
March 9, 2009 Same day fakes
w Suppose to be Sent which unit
Chief Kasey Carr had Already Save iN
feont of me He want ANSewer but like
My brother SAID to me Cathy that
Attorney dont have Any thing to do
with your files Are you CASE At this
piont they are lieing to you if There
were SubpoeNAS they Should have
been iN your file AND they Should

HAVE MADE you Copies These
LETTER are NOT PROPER SUBPOENAS
RENEE Sent out Chart 3 times
BECAUSE LAURIE B. Hiller did not
Fill She had enough Milicous hateful
ful & harmful attack material
until NOW after April 10, 2009
Court Date DiD That Finally admit
they sent out So Called SUBPOENA
iN November why because RECORDS
WERE AlREADY iN Judge Court before
hearing So her mind was Already made
up that's Bias Due PROcess Bad Conduct
Of A official Laurie B. Hiller HAd
to HAVE had file because SOON After
December there were to be A depostion
She deed to go threw the files So There
were not protect until march 16, 2009
Deposition and Also After you hear-
ing with me & defense Attorney this
is what I mean bye Conspiring to-
gether Laurie B. Hiller WROTE A brief
Judge FOGEL that She only Sent
MR. James Missett A letter but AS
SOON AS I SAY iN Court About her
send My recording to SomeOne
theirs & brief that Survices that's
NEVER BEEN SEEN before WERE

Magistrate is giving her permission
to Let other people see My Records
but EVEN A Judge should not miss
use there power this feels Like Racial
pro filing this letter come it A time
of conventions for defense team
this is what Ive been going threw
but this says I am No body I am
not HumAN will do these things in her
face LAURIE B. HilLER wants to winn
This CASE KNOW MADDER What are
Who gets hurts She wants the law to
Choose Not to look at any of her ugly
Milious behavior and what She has done
to winn this fight the fact that MRS. Mend
Huk WAS Never Question About August
25, 2005 the fact that there WAS a apart
ment available the Fact that I gave
you Judge fogel all that information
and you SOMe how Never Recieve it
MAybe you Remmeber this Sir the day we
Were IN Court and I told you I found
the apt and you had that Shock look on
your face that around the time I Sent
the brief and when She SAid She didn't
Recieve a brief and I send proof of A postal
reciept to Judge Treumbull & to you
Judge Fogel and it go's ON and ON

put when you look at the November
Subpoena from Mental Health Clinic
of San Mateo you will See that SOME
of the Caption WAS type IN bye SOME
ONE At that Clinic that is NOT the profess-
ional tying of your girl At the Court
House so I prey That you look at All
This Sir Honorable Judge Jeremy Fogel
I CAME HEAR for ONE Thing A Fair Hear
ing this is About Racial Discrimation
and MISS use of SOME ONE RECORDs is
NOT A EXUSE and when Some one is wrong
to come along later to Make Some ok is not
fair to a Plaintiff if that Letter exsit
it would have been IN My file before
march 9, 2009 Judge Fogel Sir I Just
want Just here is the FAXEs o prove it


Sign
Cathy Ennels

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
P.O. BOX 36060
SAN FRANCISCO, CALIFORNIA 94102

CHAMBERS OF
**VAUGHN R. WALKER**
CHIEF JUDGE

April 9, 2009

Cathy Enwere
1263 Madera Aenue
Menlo Park, CA 94025

Dear Ms Enwere:

This will acknowledge receipt of your letter that was delivered to the court clerk's office on April 7, 2009.

Chief district judges have no authority to intervene in cases assigned to another judge.

If you wish to file a complaint of judicial misconduct the procedure for doing so is outlined in the court's web site: www.uscourts.gov or you may pick up a copy of the rules from the court clerk's office in either San Francisco or San Jose. Enclosed is a copy of the complaint form for your reference.

In the meantime, I have forwarded your correspondence to Judge Fogel so that he may be aware of your concerns.

Very truly yours,

Vaughn R Walker
Chief Judge

cc: Hon Jeremy Fogel

TO Honorable Chief Judge
WALKER

RECEIVED
09 APR -7 PM 3:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am the Plaintiff Cathy D. ENWERE At
the U.S. DISTRICT COURT NORTHERN DIST
RICT OF CALIFORNIA 280 SOUTH FIRST STREET
SAN JOSE CALIFORNIA

CASE NUMBER C07 1239 JF

CATHY ENWERE vs. TERMAN APARTMENTS, L
P., d/b/a G & K MANAGEMENT CO. DEFENDANT

Judge Vaugh WALKER I am writing
to you SIR because I SIR have had
Enough of being Abuse Maliously Force
Threw My CASE bye Defense Attorneys
Laurie E. Hiller, EVE Wagner and MAGISTR
Ate Judge Patricia V. TRUMbull AND THIS
IS NOT JUST About A Judge Simply Over
Ruling A ORDER FOR I have done SOME
RESEARCH And MOST Judges Must KNOW
the Law be VERY SMARt before they WEAR
those ROBE which hold A lot of power SOME
people Who beCOME offical officers of
the law are Compassionate too if Some
Abuse of A power People that Shall be
fired when Magisterate Judge Patricia

V. TRUMBULL RECIEVE My Case WE WERE Only
Suppose to Be There to Try and SEE if both
paetys Could Come to a Settle ment agreement
and She handle discoueries, but FORSOME REASON
She ENDEDup doing disCOUERIES twice FOR
DEFENdANTS LAURIE CAlled Plaintiff
MOREbriefs to the Couets And Plaintiff than you can
Count on one hand A Settle ment SEttle BetweeN
DEFENdANTS+Plaintiff FOR MAY 30th but EVEN
before that when LAURIE B. Hiller and I had
A tAlK ON the Phone Laurie and I CAME to aue
OWN agreement and before I Could hang up
the phone the postMAN Sent MEA Letter FROM
Laurie B. Hiller Stating MRS ENWERE WEAGREED
upon this date May 30th 2007 for Deadline
For discouerg so I am expecting that may
30th will be the Final Date FOR disCOUERG.
Sign Caurie B. Hiller SINCE Laurie Found out
I had that Letter I NEVER Found Mind AGAIN
it WAS REMOVED FROM booket how she got it FROM
the Cleeks office and She has Changed what
She oRiginal weitten at least twice thats what
kINd of access she has to the Clerks office
to have documents Change thats a lot
of power not to Even be From this County
Who could give her the Power and the order to
HAVE it done ANy How Judge Vaugh William
Laurie then decide go After

a Claim that had been denied Except for FHAD) and its
entirety SO I had a Fair housing Claim I was left
with one Claim was all Next thing I New
Laurie B. Hiller Had Discovery Reopen 1yr
& 5 month Later Changed My Claim to Emoti-
onal distress which was My Request for
Relief I was denied Twice Laurie B. Hiller
Knows That to She wanted the Emotional
Distress put in So She Could get Plaintiff
Records but There was one Thing holding
that up Defendants didn't Know that Plain-
tiff would find out about Relitigating the SAME
Case twice was illegally it was done to get
My Records. Res judicata is intended to preserve
the integrity of the judicial system promote
judicial economy, and protect litigants from
harassment by Vexatious litigation A party Shall
not be deprived of a Fair adversary proceeding
Law of the Case means Case has been determine
banding you from appering A that has already
been litigate Collateral estoppel you can not
Relitigate a issue which has been litigated in
the First Case in the Second case I brought
this to Judge Trumbulls Attention on
March 6, 2009 it 10'aa o'clock party Hearing
Part deposition She ask ME will do you
want your case thrown out this is the
only Chance you I said know Asked

Pressing the Courts Fifthteen Months
Later She would then pull the biggest
Fraud & Decieve Plaintiff. Because of
Facts=Plaintiff has no legal representation
Fact no Office Eqitment Fact Knows very little
About the law except what she learn from Law Books
Fact and She has had A mental disability For 15 teenyers
& Been taken advantage of in this Court by Defense
Attorneys And Judge Magistrate & District only if HE is
Aware of everything they've done
Honorable Judge Vaugh Walker were
I first saw the intent when Magistrate
Judge would involve herself in a order
that had all ready been decided on by a
district Judge according (Jur) Civil Federal
Book Most Judges will not take over a ruling
that another Judge has Made especially A
Order that the ruling been Shut and in this
Case Lo and over turn his Ruling and he is
the district Judge and your the Magistrate
Over discoveries that all parties Agree would
End May 30th 2007 Judge Fogel Order Both the
Plaintiff & Defendants Agreed And the Magistrate
Sign it. So She New the Closing Date of Discoveries
but Judge Patricia V Trumbull in Order to get
Alway with Abuse Plaintiff She Claims Judge
Fogel Never Order May 30th Then When
Plaintiff Shows Letter a few other Things

NOW The DATE Comes BACK Letters are being TAMPER with any WAY when MAGISTRATE OPEN back up the doors FOR LAURIE B. HILLER RE Mind you Defense TEAM attoney then be gans to Start writting in her brief what My Claim is About out of KNOWWEEN EVER hear of NeVER Seen it MiND you MAGISTRATE is Allowing this because I am iN her Couet and this is how the two of them plan this (JURIS PRUDENCE)

.The PRIVATE iNTEREST that will be Affected by the OFFicial action

ENabling them to present their Side of the Story before a responsible goveRmental official

So there WAS A Claim before Judge JEREMY FOGEL. The Claims WERE About Housing FHA AC,D,E AND Duering the HEARING LAURIE B. HILLER WAS PResent Plaintiff WAS PResent What EVER LAURIE B. Hiller SAys HAppens in any hearing WE both attend    that's what Judge Patricia V. Trumbull Will Say is truth And that is foR to help LAURIES Case. EVEN if Plaintiff braught it up and its the truth She will allow LAURIE to Change it But any WAY So the Claim was denied in part granted in part Judge FOGEL GIVE ME THAT

I have A housing Claim So I ask that She Reconize the FHA Claim the Fact that Collateral estoppel (???) that defendants did not have A Right to discoveries and still don't Then Should have been a deflauled Judgement put on defense Attorney Plaintiff Fills Magistrate Judge has done Everything in her power to take Advantage of Plaintiff for a discussion of the evidence I have none I will NEVER have ANY even if it is the law She will Close the door but My Violating federal Rules For the Rights of handicapped and mental disabable Rule (504) Cal. Gov't Code § 12940(i) Retaliation and Coercion, Harassment (CAL. Gov't Code § 12940(j)(1) (CAL. Gov't Code § 12940(J)(3) (CAL Gov't Code § 12940 k) Regardless of who Cathy EN ERE use to be She is A different PERSON today I watch This Magistrate Judge Show Me Racism IN and disceimination like how you like ME Now when She told defense team ON MARCH 16, 2009 you Should go for a dismissal Now you Can either do it in My Court or Judge Jeremy Fogel Court you have a choice and once before when She SAID MRS. ENwere tell Me what a motion to compell means then She yells to the top of her lungs I said Shut up I mean Shut up in My Court Room then its CourtEntimer Scan

Were out in the Court Room NOW theres
other people There in the little hearing
students but Judge Trumbull wasn't on
Calender and I Know the students have
Calender to Know which Court Room
to go to and also A Male GUARD
When MRS. Hiller decides to mention
out of my          private medical Records
that MRS. ENWERE didn't EVEN answer
The question Judge Trumbull about HER
Uncle Rapping her when she was a Kid
It took Me yers to talk About that At
that pion Laurie Hiller was being Mailious
because Plaintiff hadn't answered her
question to her Satisfaction in deposition
and we were discussing it with Judge
it was suppose to be a private hearing
with the Judge & Attorneys & Plaintiff
I was shock hurt disappointed in
the Judge And defense Attorney Speechless
And turn around and ask Who the young
lady was look At the Security guard and
My eyes were full of tears then the
Judge decide that Defense could not
use my Medical Records but from 2002
to 2006 that should have been done
In the first place and defense should

Plaintiff NEVER RECIEVE A Subpoena
at all NO MATERWERE RECORDS CAME
from the State Sense they are About me
and not only do Mental Health get A
Subpoena and to the actual party so
with that it Lets you KNOW Judge
Vaugh WALKER we Live IN the United
States of America Land of the Free
were all men are to be treated equal
THE States That A PERSON Like Me with
a mental disability, I READ in the law
libarry The Court Frown on Mistreat-
ment of disAble Laurie B. Hiller Wrote
in her brief that I was nonresponsive
and untelligentable and she dosn't
Even discuss the Court date She just
Calls them Snookie told me Judge Fogel
don't get my brief because the Clerk
don't think he need to See them Magistrate
Judge hold every document I Send to
Judge Fogel and till her & Laurie Hiller
Sends them a nee chance to respond
Take documents change them to help
laurie win her Case REMOVE documents
FROM My File All My documents are missing
Laurie B. Hiller Set up Deposition
With Dr. James M. Selltulto who was
suppose to be doing A mental

Health Medical examination when I
arrived then the man had all her
paper work there ready to ask me
question when I ask him what
was that he said these are question
Laurie B. Hiller what me to ask you
then He wanted to tape after he kept
asking me questions almost the same
Laurie ask at her deposition I Left
I wrote she send Mr. Missett a
letter but Judge Vaugh Walker
You know and I know Laurie Hiller
has the Equipment to faxs call or
E mail Dr. Missett and she waited
a long time before she found that excuse
Because there was none So I am asking
for a full investigation and that
My declaratory Summary Judgment
be allowed if Defendant Try to take
this to a Trial After the Miss
Treatment of and Abuse of mentally
disable Plaintiff I am asking that
the Chief Judge will Hold trial
and allow Plaintiff Her investigation
and go to Appellate Court & help set
Up mental Health agencies attorneys
want a miss trial

Sign
Cathy Ennuere

MEMORANDUM OF POINTS AND AUTHORITIES
Defendants and defense Attorney Laurie B. Hiller has Misrepresented herself Threwout This trial at best her Conduct as a offical of the law has been Milicous she has attack Plaintiff on numerous accassions visously to sny My Letter to Judge Jeremy Fogel isin choate verbal accusations Why Laurie B. Hiller admitted herself on April 10th 2009 that she did will fully ask about a rape that happen back in My Child hood that has nothing At all to do with or is Relauent to this CASE At all I had A had A appiontment with My Doctor Gabriel and I spoke with her on this Issue she said to me CAthy I am sorry that happen she should have NEVER ask you ANY Questions like that what in the world did that have to do with your CASE absalutely nothing Again I had TEARS because know one new this but My Mother And My Doctors and it took me to be A Adult to tAlk About This. Laurie B. Hiller speaks of Plaintiff not following orders uses the word proported which means fAlse when speaking of Plaintiff when using A example of A Question that Plaintiff chose not to Ansewser or even ask Plaintiff canue say that she as A WOMAN period understands that the word RApe of any WOMAN or child set off a alarm for not just WOMEN but for people period so I would like to give her a chance to explain her behavior sense she is on that subject Also

For truth time Judge Fogel we are here for
the truth because Sir I AS for TRUE AMERICAN
Federal Court With Equal Rights for both partys
This Laurie B. Hiller Called Me NonResponsive
and unintelligentable you can Never Know why
those Words bother ME but I bet Laurie B.
Hiller Dose after all she has My Records thats
Another attack KNOW disrespect Judge Jeremy Fogel
sir but to A black person we Are all grown She might
as well had Called Me dum, dumie or Stupid And
that hurt me because of things in My past. Then
There is The Fact That once Again Laurie B. Hiller
Admitted herself in your Court Judge Fogel once
Again A She has to Know that you Are Very intelligent
that She Sent My Mental Health Record to Doctor
James Missett Sir AND My Record were to go to
Know one but her NOW Judge Fogel When we were
iN Court Laurie B. Hiller Hiller Spote on Nothing be-
Cause Anything that I Said that Need to be changed
are rearranged She Couldn't do so if She gave up
information how often is Laurie Hiller Quiet
iN your Court Never Judge Fogel I Never Relieved
A Subpoena or a Copie of a Subpoena From either
party there was Never one iN My File Mailed to Me
given to Me until yesterday When I RISE Cleane.
with Casey Carr Unit Chief At 2415 University
About A FAX I had sent to Peter Frink their
Attorney for San Mateo County Mental Health

Clinic bye Renee Harris at least She Said She
Would Send it to him I had Renee Sign it and
Stamp it with SanMateo County Mental Health
but as you can see She just Stamp the
word faxed this Never went to Peter but
you can bet they called him here is a
example of conspiring to Let you all of
the partys Never intered to Show that
My RECORDS WERE RELEASE before the hEADING.
And that the Judge had given them to her or
perswaded mental Health Clinic to give them
to them My Counselor Renee Harris who is
closes to ME it dosn't tAke a Rocket sicence to under
stand that Know one is going to do something in Novem
ber and file it January. Then I the Client Whom
Records And Life is in jeoparody hAve Evidents tAke
a look Judge fogeL Ated Ates the little Changes because
I have a peoblem don't violate ME bye Miss use of the
low and that what I am pointing out on all of the
papees I am giving you I have My dates on My
papees and I am going to Show you what they would
Stamp on there I had Know REASON to think they
would pull that and Also LAURIE B. HILLER WAnts
Her brief to go threw the CleeK office being
READ As if Plaintiff has told District Judge
that the Entieer StAff has done Something weang
to pertect heeself to keep Judge from finding
infoemation because She KNOWS A CleeK WILL READ

her brief Defense Writes even if a single
Claim she MAKes were deemed true EVERything
I do MEAN EVERything I Speak in this Court
ROOM ROOM to day is true I NEVER EVEN told
the Judge JEREMY FOGEL that the REAL REAL
REASON you brought those Security guards
in there because it didn't COME to Me until Lat
er you kept bringing up My Father AND I SAID
don't do that Were not talking going to talk about
him you New My Father WAS dead AND YOU JUST
Kept on I am Sure Dr. Missett told you.
Laurie B. Hiller Refuses As Attorney to actually
Follow the Law NO ONE is above the law the law
STATE Federal Rules for the Rights of Mental
disAble Rule 504 Cal. Gov't Code§ 12940(i) Retaliat-
ion and COERCION, HARASSMENT (CAL. GOV'T GATE§ 129
40)(a) because it weren't your job to bring it to
ME RENEE HARRIS My Counselor & Casey Carr told
ME how Many times My RECORDS were ORDER Casey
Called Me when you Sent for them in November
and Kept it hidden Until March 9, 2009 denied
it until then then FAX's over Subpoena to Mental
HEAlth office until then they Never had ONE and
that is Still not a proper are Right Subpoena
I am Sending a copy to you sir. I am also Sending
a paper that has been alter bye Laurie B. Hiller
Their Time admitting she agreed to discovery
ending along with you Judge Jeremy Fogel

My Cathy Ermere Plaintiff Judge Patricia V.
Trumbull you gave order Judge Fogel Judge
Trumbull Signed order And both partys New
about Letter before Laurie B. Hiller ask for
discoverys to be reopen She just didn't tell
you The Judge ASK Plaintiff How long would
it take Me to write down every thing I
Needed to tell him and I did just that but
I left out Some I did not tell him that
Judge Trumbull told Laurie B Hiller to have
My CASE dismissed She Could do it in her Court
or his How Could I will fully obstruct Defendants
efforts to Conduct discovery when they did that
there self Judge Fogel has to know bye your
ANSwer in Court and brief that you sent early
on that you only sent DR. Missett a letter that
you New you werent Suppose to send MR.
Missett My Records My private Records
I KNow thats against the Law and for
paper work to be fixed as we go along is
Not equal Right I pray Judge fogel
that Justice is Sewed and to this very
day Defendants have not attack the CASE
they only want to attack Plaintiff trying to
Avoid the truth facts She has not approach-
ed any of my Statements Lets stand for
Equality & Justice

Sign
Cathy Ermere

2

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
P.O. BOX 36060
SAN FRANCISCO, CALIFORNIA 94102

CHAMBERS OF
VAUGHN R. WALKER
CHIEF JUDGE

April 9, 2009

Cathy Enwere
1263 Madera Aenue
Menlo Park, CA 94025

Dear Ms Enwere:

This will acknowledge receipt of your letter that was delivered to the court clerk's office on April 7, 2009.

Chief district judges have no authority to intervene in cases assigned to another judge.

If you wish to file a complaint of judicial misconduct the procedure for doing so is outlined in the court's web site: www.uscourts.gov or you may pick up a copy of the rules from the court clerk's office in either San Francisco or San Jose. Enclosed is a copy of the complaint form for your reference.

In the meantime, I have forwarded your correspondence to Judge Fogel so that he may be aware of your concerns.

Very truly yours,

Vaughn R Walker
Chief Judge

cc: Hon Jeremy Fogel

TO HonoRAble Chief Judge Vaugh
WAIKER

RECEIVED
Jun 3, 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am the Plaintiff Cathy D. ENWERE At
the U.S. DISTRICT COURT NORTHERN DIST-
RICT OF CALIFORNIA 280 SOUTH FIRST STREET
SAN JOSE CALIFORNIA

CASE NUMBER C07 1239 JF

CATHY ENWERE vs. TERMAN APARTMENTS, L.
P., d/b/a G&K MANAGEMENT CO. DEFENDANT

Judge Vaugh WALKER I am writing
to you SIR because I SIR have had
Enough of being Abuse Mailiously FoRce
THReW My CASE bye Defense Attorneys
LauRie B. HilleR, EVE WagneR and MAgistR
Ate Judge PatRicia V. TRUMbull AND THIS
IS NOT JUST About A Judge Simply OveR
Ruling A ORdeR FOR I hAVE done SOME
RESEARch And MOST Judges Must KNOW
the Law be VERy SMARt before they WEAR
thosE Robe which hold A lot of poweR SOME
people who beCOME offical officERS of
the law are Compassionate About it Some
Abuse it As the veRy People that Stand be
foR them When MAgistRAte Judge PatRicia

V. TRUMBUII RECIEVE My CASE WE WERE Only
Suppose to Be There to Try and SEE if both
pactys Could Come to a Settle ment agreement
and She handle discoueries, but FORSOME REASON
She ENDED up doing discoUERIES + wice FOR
DEFENDANTS LAURIE CALLed Plaintiff Send out
MOREbriefs to the Couels And Plaintiff than you Can
Count on one hand A date was SETTLE between
DEFENDANTS + Plaintiff FOR MAY 30th but EVEN
before that when LAURIE B. Hiller and Ihad
A talk on the Phone LAURIE and I CAME to are
OUN agreement and before I Could hang up
the phone the postMAN Sent MEA Letter FROM
Laurie B. Hiller Stating MRS ENWERE WE AGREED
upon this date May 30th2007 for DEADline
FOR discouerys So Iam expecting that MAy
30th will be the Final Date FOR discoverg.
Sign LAURIE B.Hiller Since LAURIE Found out
I had that LETTER I Never found Mind AGAIN
it WAS REMOVED FROM DockEt how she got it FROM
the CleRks office and She has Changed what
She original weitten at least twice that what
KIND of access She has to the CleRks office
to have documents Change thats a lot
of POWER not to even be from this County
WHo Could give her the POWER are the ORDER to
HAVE it done ANY How Judge Vaugh WALKER
LAURIE B.Hiller then decide go After

a Claim that had been denied except for FHA(D) and its entirety SO I had a Fair housing Claim I was left with one Claim was all Next thing I New Laurie B. Hiller Had Discovery Reopen Igr & 5 month later Changed My Claim to emotional distress which was My Request for Relief I was denied Twice Laurie B. Hiller Knows That to She Wanted the emotional Distress put in So She Could get Plaintiff records but There was one Thing holding that up Defendants didn't Know that Plaintiff would find out about Relitigating the same Case twice was illegal it was done to get My records Res judicata is intended to preserve the integrity of the judicial system promote judicial economy, and protect litigants from harassment by vexatious litigation A party shall not be deprived of A fair adversary proceeding. Law of the Case means Case has been determine banding you from appealing that has already been litigate Collateral estoppel you can not Relitigate a issue which has been litigated in the First Case in the Second Case I brought this to Judge Trumbulls Attention on March 16, 2009 it 10:00 o'clock part Hearing part deposition She ask Me Well do you want your Case thrown out this is the only Claim you have I said Know its not

Pressing the Courts Fifthteen Months
Later She Would then pull the biggest
Fraud & Decieve Plaintiff. BECAUSE OF
Facts=Plaintiff has no Legal Representation
Fact no Office Eqitment Fact Know very little
About the law except what she learn From Law Books
Fact and She has had A mental disAbility FOR 15 teenyes
& been taken advantage of in this Court by Defense
Attorneys And Judge Magistrate & District only if He is
Aware of every thing they've done.
Honorable Judge Vaugh WALKER WERE
I first saw the intent when Magistrate
Judge Would involve herself in a order
that had all Ready been decided on by a
district Judge according (Jue) Civil Federal
Book Most Judges will not take over a raling
that another judge has Made especially A
Order that the Ruling been Shut and inthis
Case to and over turn his Ruling and he is
the district Judge and your the Magistrate
Over discoveries that all parties Agree would
End may 30th 2007 Judge Fogel Order Both the
Plaintiff & Defendants Agreed And the Magistrate
Sign it. So She New the Closing Date of Discoveries
but Judge Patricia V Trumbull in order to get
Alway with Abuse Plaintiff She Claims Judge
Fogel NEVER ORDER May 30th Then When
Plaintiff Shows Letter & a few other Things

NOW The DATE Comes BACK Letters are being TAMPER with any WAY when MAGiSTRATE open back up the dOORS FOR LAURIE B. HiLLER Re Mind you Defense TEAM attoney then begans to Start writting in her brief what My Claim iS About out of Know where NEVER hear of NEVER Seen it MIND YOU MAGiSTRATE is Allowing this bECAUSE Iam iN her Couet and this is how the two of them Plan this (JURIS PRudence)

The pRiVATE iNTEREST that will be Affected by the official action

ENabling them to present their Side of the Story before a responsible goveRmental official

So there WAS A Claim befoRE JudgE JEREMy FogEL The Claims WERE About Housing FHA A,C,D,E AND Duerning the HEARiNG LAURiEB. HiLLER WAS PRESENT Plaintiff WAS PRESENT What EVER LauRiEBHiller SAYS HAppens in any hEARiNG WE both attend  that swhat Judge PatRicia V. TRumbull Will Say is truth And that is foR to help LAURiES Case. EVEN if Plaintiff bRaught it up and its the truth She will allow LauRiE to Change it But any WAY So the Claim was denied in part & given in part Judge FogEL givE ME FHA

I have A housing Claim So I Ask that She Reconize the FHA Claim the fact that Collater al estoppel ment that defendants did not have A Right to discoveries and still don't there Should have been a defaulted Judgement put on defense Attorney Plaintiff fills Magistrate Judge has done everything in her power to take Advantage of Plaintiff for a discussion Of the evidence I have none I will NEVER have ANY even if it is the law She Will close the door but My Violating federal RULES For the Rights Of hAndicapped and mental disabAble RULE(504) Cal. Gov't Code § 12940(i) Retaliation and Coercion, Harassment (CAL.Gov't Code § 12940(j)(1) (CAL. Gov't Code § 12940(J)(3) (CAL Gov't Code § 12940k) Regardless of who Cathy E'N ereuse to be She is A different Person today I watch This Magistrate Judge Show Me Racism IN and disceimination like how you like ME Now when she told defense team ON MARCH 16, 2009 you should go for a dismissal Now you Can either do it in My Court or Judge Jeremy Fogel Court you have A choice and once before when She SAID MRS. ENWERE tell ME what a motion to Compell mEANS then she yells to the top of her lungs I said Shut up I mean Shut up in My Court Room then its LAURIE BHILLER turn

Were out in the Court Room NOW theres
other people There in the little hearing
students but Judge Trumbull wasn't on
Calender and I Know the Students have
Calender to Know which Court Room
to go to and also A Male Guard
when MRS. Hiller decides to mention
out of my          private medical Records
that MRS. ENWERE didn't even asewer
The question Judge Trumbull abouther
UNCle Rapping her when she was a Child
it took Me years to talk About that At
that pion Laurie Hiller was being Mailious
because Plaintiff hadn't ansewered her
Question to her Satisfation indepostion
and we were discussing it with Judge
it was Suppose to be a PRIVate hearing
with the Judge Attorneys & Plaintiff
I was Shock hurt disAppionted in
the Judge And defense Attorney Speechless
And turn around and AskWho the young
lady was look At the Security Guard and
My EYES were full of TEARS then the
Judge decide that Defense Could not
use My Medical Records but from 2002
to 2006 that Should have been done
in the first Place but defense should
not have had them at all and I the

Plaintiff NEVER RECIEVE A Subpoena
at all NO MATTERWERE RECORDS CAME
from the State Sense they are About me
and not only do Mental Health get A
Subpoena, n do the actual party so
with that it Lets you KNOW Judge
Vaugh WALKER We LIVE IN the United
STATES of AMERICA Land of the Free
were all men are to be treated equal
The States That A PERSON Like Me with
a mental disability, I READ in the law
libaery The Court Frown on Mistreat-
ment of disable LAURIE B. Hiller Wrote
in her brief that I was non responsive
and untelligentable and she dosn't
EVEN discuss the Court date She just
Calls them Snookie told ME Judge Fogel
don't get my brief because the Clerk
don't think he need to See them Magistrate
Judge hold Every document I Send to
Judge Fogel until her & Laurie B. Hiller
Pends them have Chance to Respond
Take documents Change them to help
laurie winn her Case Remove documents
From My File All My documents Are missing
Laurie B. Hiller Set up Deposition
with DR. James Missett who was
suppose to Be doing a mental

Health Medical examination when I
arrived there the man Had all her
paper work there ready to ask me
question when I ask him what
was that he said these are question
Laurie B. Hiller what me to ask you
then He wanted to tape After he kept
Asking me Questions almost the same
Laurie ask at her deposition I Left
She wrote She Send MR. Missett a
Letter but Judge Vaugh Walker
you know and I know Laurie Hiller
has the Equidment to FAXS Call or
E mail Dr. Missett and She waited
alongtime before She found that excuse
because there was none So I am asking
For a full investigation and that
My declarary Summary Judgment
be aloued if Defendant try to take
This to a Trial After the Miss
Treatment of and Abuse of mentally
disable Plaintiff I am Asking that
the chief Judge will Hold trial
and allow Plaintill Her investigation
and go to Appelliate Court & help Set
up mental Health agenies attoneys
want a miss trial         Sign
                          Cathy Enwere

3

First DFEH

1. WENT to Front desk CLERK ASK FOR information on how I could aquire a TRANSCRIPT of PROCEEDINGS Before The Honorable PATRICIA V. TRUMBULL MAGISTRATE Judge HER ANSEWSER WAS THREW MAGISTRATE Judge CLERK CORINNE but SHE WAS on vacation or a CLERK by the the NAME OF MARK I told the CLERK tiffany that I would REATHER get My TRANSCRIPT FROM MARK beCAUSE I did not WANT to WAIT on CORINNE until She RETURN FROM vacation.

2. CLERK Tiffany dECided she would inform Judge Trumbull that I ORDERED the PROCEEDING TRANSCript for July 15, 2008 When Judge Trumbull Found out she had brief written out stating A lot of FALSE STATEMENTS About ME one was I had ask the CLERKS not to file documents that I brought INTO Court I ASK for them back and that She WAS not Allowing one of the documents I sent in to be file because I didn't give defendants one and every sense then documents have come up missing when I give them to tiffany desk CLERK.

3. My REASON for Asking For Transcript ONE Susan Sheftel AND DFEH WAS ON Calender NEVER INFORMED they WEREN'T going to Show until the hEARING AND Judge Trumbull told ME her WORDS EXactly that DFEH Decided NOT to COME because of how I wrote My brief and nothing I wrote had to do with the CASE thats what they told her but it WAS a Court order Judge Fogel Sir and Mrs. Sheftel WAS ORDERED because She SAID DFEH had FILES but Judge Trumbull Let them go so I could not ASK Susan Sheftel Any QUESTIONS but there WAS nothing I could do that was not on Transcript

but it WAS SAID in Court by e Judge

4. Judge Trumbull SAID WE ARE here to get you your RECORDS and I am going to get you your RECORD beCAUSE thats what were here FOR to tAke My MiNE of the fAct that who CAN tell a Judge there not Coming to Court Right NOW that is why defendants are ASking for My CASE to be A diss MissAL and Judge Trumbul for not following Her orders but defendants dont have to follow orders BiAS and Every thing they do She Covers for them EVEN If I wrote Some-thing wrong Lindsey A. URBINA DFEH Attoreny Showed up and we had Court She WAS told to Contact Hud get together with them and with in SEVEN dAys HAve files FOR Plaintiff that would hAve been July 22, 07 then She SAiD MAtter Fact SEND ME COPIES to She SAiD MRS. ENWERE After Court I want you And MISS. URBINA to go tto gether and you tell her what you need AND She Should get it to you ANd you Should file FOR a Summary Judgement I SAiD I Should she SAiD yes I SAiD OK I will SEND it to you She SAiD not IN this Court IN Judge fogel Court. that is the only REASON I payed d 145.00 of My Money I did not hAve FOR A TRANSCipt WAS beCAUSE Judge fogel I did not want you to think I had lie t to you About Judge Trumbull telling Me to do that but the Court REPORTER SEEM to MISS A lot of what WAS SAiD in Court BE She ASK ME what WAS I looking FOR on the Report when I CALLED and ASKED About the Report She SAID She WAS bringing it to the Court INSTEAD Some She she Meet ME AS SOON AS I gAVe

Fogel then When I would File My own
Documents She would Stamp documents
For Judges and Files hand ME MIND
back unstamp when I caught on She
would get Smart tell me I am lieing
more things & documents came up missing.

5. When I had A Letter From Laurie B.
Hiller Put inside My declaration for
Motion For Summary Judgement
Against her Stay and Tiffany was Making
Copies there was A Letter From Laurie B.
Hiller to Me Stating That She was Writing
to Let me Know that May 30th is the
Deadline For Discovery Discloser
That Both partys has agreed to This
date and it is final. Then Signed
Laurie B. Hiller Sense Then Laurie
B. Hiller Has Fraudulently Changed
the original Letter at Least 2 + 3 Times
Laurie Hiller and I went Before You
Judge Fogel you gAVE the ORDER
Judge Trumbull Signed it herself
So She New that discovery was close
And All Four of us Agreed but the day
that Tiffany was Making Copies She took
the Letter out of My brief Right infront
of My face I told her you put that back
in there why Are you taking papers out
of My work Matter fact I don't even
what you handling My paper Cordonne
took them but Still paper was Changed
Laurie & Hiller dosn't live Here So Some
one is Re typing and Fixing papers.

Every time Plaintiff would make Objection to anything are with the Judge fogul cleris would give My documents to Judge Trumbull She Would hold My documents up until Laurie Hiller Made He plead send in her document or she made the order Then you Would get My paper work So if you were to decide something other than they expect it would be to doll I Guess

6. My Record Were Order Three Times once In November 19, 2008 Here We Are With another document Change Left Around Stating November 10, 2008 but that's not Even true but even so Never Seen it before Why would Judge Subpoean Records Before Court Hearing When Plaintiff has not been Heard And because I have A mental problem don't Mean I am crazy that would be a gainst the Law Plaintiff's 504 and others

7. Then during Hearing Judge Try to Hurt Plaintiff in front of People in Court by Saying Mrs. En were Tell Me what A motion to Compell Means And laugh to Make fun of Plaintiff Malicious wants to Show what a dumb (N) we got are Selfs here I almost Cried because I Know She Read were My Dad use to Call Me Stupid You see thats why I didnt what people with hatered in there hearts with My Medical Records is that what Judges do to Mentally disable people in Federal Courts I want to Know what did I do to Judge

Trumbull that was so bad to deserve treatment like this I don't even know her

8. Then Laurie B. Hiller follow up with My uncle and Rape I am 52 years old but I would never be Around A blind man and because he can't see And its My Job to walk him get tired one day deside I don't what to walk him any More push him in front of A car

9. Judge Trumbull said My Records were under protective order things are changed have been rewritten when ever they here something they Change briefs to make Plaintiff A liar but one thing plaintiff do know March 16, 2009 when Laurie Hiller brought up about My Rape Judge Trumbull change Her use for medical Records From only using 2002—2006 And She Also know Laurie B. Hiller and Herself were the only people to have My Record Are is She saying My mental Health Records goes on display that is totally against the law they should Have never Left Laurie B. Hillers Hand Laurie B. Hiller She Have never been Allow to ask Me A question Like that unless it was relevent to the case just because some one records sir Can be Subpoena dose not mean they Have no guide lines For mentally disable people they Are not to be Abuse Federal Gov't says that

the Women the Money She Was gone when I
Read the Transcript And Found out things
were missing I didn't bother.

Second Hud

1. Judge Trumbull subpoena papers from Hud
first time Hud sent Bunch of Blank papers
Judge Trumbull sent Hud a warning and
they sent More paper work with information
of important which documents were stolen &
Removed from files Plaintiff gave A documents
to Tiffany desk Clerk to put into Judge Fogel
Box Plaintiff Notice Clerk wasn't putting documents
into box but Reading found that inappropiate started home
Called a friend and told about what happen with
Clerk and My files HE SAID turn around go back
to Court building check your file went back to
Court building Tiffany WAS busy So I spoke with
A Clerk NAME Cita and ask Her to See if My file
WAS IN Judge Fogel Box that I filed with him
She went to look for Me and She SAID Know there
is no file Just this Letter I told Her to look
in Judge Trumbulls boxs There it WAS This
WAS A File with in it self Tiffany & Cordonna
Turn Around And Start Hollering At Me when
I ASK Them why Is the file that I told you
to give to Judge Fogel in Judge Trumbulls
box They both Told Me that When I give My
File to them they Can do what they want
to with it, it is no longer mind and I told
them no they Couldn't but what the Magistrate
, Judge Started and Allowed Clerks to do
Caused them to think they Could treat me
the Same way So the file I left for you

Sir Judge Fogol was distroyed this file
was the one Laurie Hiller said she never
recieved and I sent you and Judge Trumbull
Recipts for to prove I sent her a copy
of the Hud File When I ask Diana Mons
Did you recieve it she said yes but yet its
Not in my file, its the file with all the Russian
Names on rent roll, wait, lists, a paper from
a mortuary, Poof of the Apartment I was
to rent Real thick File that no long exist.

2. Every Time I went to asks for my file
with your name on it Tiffany would
not give it to me she told me my file stay
up stairs in your chambers your files stay
with you until one day clerk Betty was
there and I ask for my file with Judge
Fogol Name Betty went over there were
the other files were I said my file isn't there
She said your file has always been here were else
would it be I said up stairs she said its been
here sents the day you started your case I told
Tiffany that she told me I didn't know what
I was talking about and refuse to give it
to me for months When she walk in Betty
ask her had she seen my file because she
had called all the clerks and they didn't have
it Tiffany said know walk out Betty found
it hidden and give it to me Tiffany seem up set
Because she new I would then find out the big
Files she was given from me for you to look
at that was supoena from Judge Trumbull
would be missing and I had given it to
her and ask about it for months Cita ask
did I give her only one and the rest you

Sir Can only get the truth but what I do KNOW is She took another brief A loose that WAS written for DFEH and Type by A Relative OF MIND that will SWEAR under OATH She But together that is number exhibits 1 — 14 and it is KNOW Call loose documents on the Docket As if I handled the Documents in with out anf face to it and those are the Documents to which DFEH refuse to come to Court ON July 15th One of the Documents talks About the Constitution, other consiliation offer etc. and she will try to Claim that as Documents I left for you.

3. I Believe that is Why September 23 hearing WAS Shut down because I would then get to ASK HUD About the documents and ANNA Quesada & Faye Letter that Concern these documents On one of the BRIEFs Hud Told Judge Trumbull they would bring that letter In for Camera VIEW at hearing on that date Judge Shut down hearing but at first she WAS holding them in Contempt of Court Plaintiff heard Know more

4. Next Thing I KNOW everything Plaintiff WAS Sending to Court Some times Donald Holland would TAKE up Stairs to Clerk Tiffany For Plaintiff File with Courts He Never HAD to MAKE Copies She would MAKE them every time He went She would READ Let ingsdale KNOW what Plaintiff WAS Saying to Your Sir Judge

done to Me because I Never deserve
to be treated like something less
than Human this woman I also what
forget call me non responsive and
un intelligentable When you so far
in a court room you take A woman
of color and completely tired to do
hurt her knowing Her disabilitys And
you already have many Advantages
over her and your a women your
self and you know what rape is
Especially For a child that pretty
sad to do that and women around
the world who are rape victims would
think you just dont attack people
with memory like that and what
to called people un intelligent She
Violate Gov't code Retaliation and Coercion,
Harassment (CAL. Govt code § 12940 (J)(4)(CAL). Govt code
§ 12940 0)(3)(CAL Govt code § 12940 K) And mental
disability 504.

Also Judge Fogel Cleek Tiffany
Took My Driver lisense I Came to
Cleeks office to get paper work:
Got Ready to leave know Driver
lisence I only came up there with
keys lisence money in my pocket
And I had to show Guards lisense
before I went up Never left office
place them on counter in front of
Her I just shook my Head And left

Laurie B. Hiller Claim At First She NEVER
Sent ANY papers She only Sent the MAN
A Letter Sir Now IN OPEN Court She tells
you + Myself She Sent My Medical Records

Judge Fogel I Also had to keep Coming back
getting papers From the the docket they were
Changing them so much and IN Court they kept
dropping your NAME talking as if you were A part
of all of this so that I would Feel Like giving
up IN Court but people don't RELIZE Computer's
Stemi Hold information even when you try
to get RID of papers

Judge Fogel Dr. Missett was
Suppose to Tape Me ASK Questions
Laurie Hiller wanted answerek
Sir She SAID So HER SELF when She
SAID She gave the MAN MY RECORD
Judge Fogel I KNOW you KNOW
that MAN had KNOW Right with
My private medical RECORDS
My Doctors give no Consent I give
no Consent the Courts give no consent
and they weren't Laurie Hiller Sto
give Consents

Judge Fogel I do not deserve
This abuse misconduct officials
and Clerks I know you can get to
the bottom of this Sir I am
ASKing that Laurie B. Hiller Be
Sanction Fore Every Thing She's

Trumbull did Know it was Closed Judge fogel I SWEAR SIR I am telling you the Truth SOMEONE once told me they believe ME trust ME I am telling the Truth NOW So help ME God.

I Keep Remmbering things but this should be enough to Let you know what I've been threw during the Hearing Sir Laurie B. Hiller Never been that Silent but Sir you have been A Judge long enough to know What should be done and what should not be done what is legally Right and exceptable I Leave this MATTER iN your Hands & pray that Justice will be done and that miss use of offical power will not play a part in this desision.

Sign
Cathy Ennel

When I call Snookie & told her About problems in Clerk office About files and Judge Fogel getting papers she said Clerks decide weather are not you get My papers AND IF you wanted to see them you would go to the Docket AND look.

The only Other WAY I Could Think to get to you WAS to write Judge Vaughn WALKER He SAID HE SENT you A letter if you didn't RECIEVE it SOME one has taken it.

Well Sir Judge Fogel because I feel Every AMERICAN Citizen should be dealt a FAIR TRIAL I PRay Sir that you look At what All has been done to ME iNVESTIGATE these MATTER AND if you AREFoR Justice COMPASSionATE About the law the truth and Justice FOR all the truth will COME OUT I KNOW that when we Change WE Change every thing and if a man ARE A WOMAN you Can't Count on there word they Can't be true to them selfs I CAME to this Court FOR ONe REASON BECAUSE I was Discriminated Against I told the truth then I'm telling the Teuth NOW I Want NOthing More than What I CAME HERE FOR IN the first Place to be treAted AS A human bEAN KNOW MATTER What 504 SAYS I have the Right and the Things that were SAID AND done to ME you don't do to Human bEANS.

Sign
Cuthy Enmore

APR 1 7 2009

Laurie B. Hiller Has Work Hard
to change this justice System to
do or Say anything to get her way
by using people And manipulating
the Sytem that Stand for Equality &
Equal Rights For all AmeRicans.

Laurie B. Hiller Told me before
She wrote her declaration She
would have my case Thrown
out of court

Judge Trumbull wrote me &
told me I would not be
able to ask any Questions
at all during the trial when
Laurie Hiller used mental Health
Records

Judge Trumbull also said
Why do I feel I should be able
to request discovery when
discovery is closed and defendants
Can't when thats not true I ask
for discovery when it was open
in may around May 5th 2007
they refuse to give it to me all of
these cuffs were destroyed So Judge

While Plaintiff had concerns About the
dates that her records were subpoena she
had been speaking with her mental Health
Clinic Staff to not turn over Records to
Laurie B. Hiller because Plaintiff Had
A Right to privacy Act while Defendants
and There defense Attorney sent documents
Constantly to Mental Health Clinic of
San Mateo Contacting Unit Chief Casey
Carr for Plaintiff Mental Health records
they were turn down. So Magistrate
Judge Wrote A brief stating she was not
going to Subpoena Plaintiffs records
that she couldn't but she was going
to subpoena Plaintiff to get her Records
And turn them over to defendants
Then Magistrate Set up a Date for hear-
ing For both Partys to have a chance to
speak and defend their Reason As to
why one Should or/ Should not have
Plaintiff mental Health Records but
but before hearing even took place
Magistrate Judge ordered and Subpoena
Records for defense team what else
would she order them for has no use
for them and they Should not have been
ordered until after November 25th 2008
After the hearing there is no excuse for
that sealed or unsealed I don't know that
to beteve because when Plaintiff first Ask Question of
Clinic, magistrate Judge, and Laurie B. Hiller Everyone
denied Records were Ask for in November There was
A Fax's sent to Peter Fink because I'm told that
Magistrate Spoke to Him & He Agree to Send Plaintiffs
Files in November even thou I told them there

not suppose ask for them until after the hearing
they said a judge subpoena them can't go against
a judge order this was done before hearing which
violate Gov. Rule 504 mental disability Law
My clinic told me that Judge order Recorders in
December and also in January to cover for
Her about November When I went to my clinic
A few days before Court With you Sir to have clinic
Faxs Peter Fink about giving me copies of the Subpoena
which by law I am in title to Plaintiff have never
been given any paper work about Subpoena of
Her Records once Judge Trumbull was on the Docket
about Subpoenaing mental Health Clinic then it was
taken off so this is some of the Things that go's on.
Then on March 16, 2009 Judge Trumbull
Told Laurie B. Hiller Before dismissing
Court you should ask for a dismissal of Plaintiffs
Case you can either have the dismissal in
My court room or Judge Fogel Court
Room which even one you prefer
I was shocked She act like I wasn't
there are important and know Judge
is to do any Plaintiff or defendant first
way that is straight out Bias just
like saying Well its over for Her
take your pick like I don't mean
anything and let me know who
you want to do this. AND Judge Fogel
as soon as hearing was over with Laurie Hiller
November 10, 2008 was posted new brief were
Judge Trumbull had it type up about mental
Health Records but it was not always there
thats how they work Laurie Didn't commit in the
Hearing so now she can but in this new paper
                                    Sign
                                Cathy Emuere