4

TO Honorable Judge JEREMY Fogel
Plaintiff CATHY was not Aware of the
following Facts Until she Went Over San
Mateo County Mental Health Services Ativity
Record and Progress Notes & Records NAMED
Confidential Patient information: see Calif-
ornia Welfare and Institutions Code Section
5328 Unit Chief Kasey Carr Over the 41's
Mental Health Clinic States in Client Plaint-
iffs Records that Judge Spoke with County
Counsel which is a part of Mental Health
Services that gives Advices to talk Counsel
into Releasing Plaintiffs Records without
A Subpoena which Counsel tells Unit Chief
is ok to RELEASE Clients Records a Judge is not
Suppose to Advise set talk anyone into any
disisions when it Concerns Plaintiff or
defense that is basis period And against
the law period KNOW ONE Can tell me diffe-
rent Ever there should have been know
Calls between the Judge and that
agency There was only one thing For
Judge Trumbull to do MAKe The order
followed by E A Subpoena which until
this day has Never been done but accor-
ding to rule 30 & 45 the order Should
have been followed with Federal Rules Civil

Procedure Subcoor[?] Subprocedures/forum Sign of
a Judge - Three Wise defense TEAM would
have Never reviewed Records There is no Action
Rules in mind Lower Litigants without A
Lawyer I am Serious youth[?] would
switch york 3rd proof WERE TASY CARR
States About the Bills and how all this
writing is So [?] up 12/16/08 I am Asking
to view Records What three Subpoena
Already in file Ordered for November

12/9   Client Still asking about Record this Biba
       before they gave Hilo me[?]

12/       Still talking About Records

11/25   Submit Records to Judge Same day as
        hearing Judge Already has them

11/24   papers went out to Judge Fed EX but why
        no Subpoena Earlier there talking About
        Judge talking with Counsel to give Laurie B.
        Hillor Record

        Unit Chief Kasey Carr Claims that
        record were added 11/24 Sent 11/29 in Judge
        hand 11/25/08 Judge Claims 11/10/08 but

Either way it gos I had a appiontment
December 3RD with Dr. James Missett
Who held those same documents 8 days
Later which would entitle claim the
before this on the in the matter.
She said this but in your court Laurie E.
Hiller herself Admitted she sent the
papers to the court so court I would
Assume MAIL their work so from
San Jose to Los Angeles that is
After being with Judge At LEAST 4
DAy or to I would say There is NO
possible way That LAURIE HILLER
DID not hAvE My RECORDS BEFORE
WE WENT to Court after All that
IS exactly What I see the same
The time EVERY ONE getting con-
fused she had to go threw papers to
MAKE Sure Dr. James Missett New what
to Ask me bECAUSE she WAS Sure I
wouldshow forthe deposition then
she would push for trial there was
not enough time to pull this one of I am
intitle to know who pick up my papers
what fed ex company Srow me the
papers to aw day I have that Right
what Laurie date time FROM whom
to who I have the right to summons

Word who sent Laurie new papers
because things don't add up Judge
Fogel but else This is over I yet
had to Send you this __as__ pert of
experts and my future defense
Team and Judge Trumull Even
I'm Sun med'rl Maxel we freed
Me great Harm all over A paid Mist
and This wasNever about Me and
As Laurie B. Hiller but it Even if
they did do All I SAY they did what
did she mean by that

Sign

Cathy Enuero

Judge Trumble Sent
papers Nov 10, 2008

Kasey Carr Says They Sent
papers 11, 24, 2008 that
Before 25 hearing

Dr James Missett Had
file Dec 3rd from
Laurie Adler

Laurie Hilter Had to
have had record before
HEARING

how else Could She have
give Doctor Missett RECORDS
when the Judge had even
gotten to Send them to
her Set them up for Question
it take time for Court to Send
them She Set them up for
questing then Send them
Back there were 5 DAYS
For her to do that
Sign Cathy Enwere

**"CONFIDENTIAL PATIENT INFORMATION: See California Welfare and Institutions Code Section 5328"**

### SAN MATEO COUNTY MENTAL HEALTH SERVICES
### ACTIVITY RECORD AND PROGRESS NOTES

NAME _Cathy Enwere_          MH# _222587_

| YEAR 08 DATE | LOCATION | ACT CODE | HOURS | MINUTES | NO CHARGE | Entry is required after each service. Clinician signature with license/title is required after each entry. Record length of service in hours and minutes. |
|---|---|---|---|---|---|---|
| 12/10 | P | 55 | | 5 | X | T/c to phone number provided. Person who answered call stated she was Kathy Jones & that we have the wrong number. _Kary C__ |
| 12/15 | P | 55 | | 3 | | T/c to r/s doctor's appt. Person states this is wrong number. _J.M. Dudley, MFT_ |
| 12/15 | A | 55 | | 10 | | Sent missed appt. letter _Carretta M. Taylor, MFT_ |
| 12/15 | A | 55 | | 3 | | filled out missed appt. note, submitted to Renee Harris Com. Wrkr. _Carretta M. Taylor, MFT_ |
| 12/15 | P | 55 | | 15 | X | Client called to reschedule missed appt. with Dr. Gabriel on 12/17/08 at 8³⁰ _Carretta M. Taylor, MFT_ |
| 12/16 | P | 55 | | 3 | | 2 voicemessages from Cathy. _Kary Carlson_ |
| 12/16 | P | 51 | | | | T/c w/ ct. She stated she has appt w/ Dr. Gabriel @ 8:30 AM tomorrow & appt w/ Claudia directly afterwards. Discussed time involved to copy case. Cathy will return later in the day to view all records. — _Kary Carl, Lcsw_ |

**ACTIVITY CODE:**
02 = Crisis
05 = Assessment
06 = Plan Development
07 = Rehabilitation
09 = Individual Therapy
10 = Group Therapy
12 = Collateral - family/significant others
15 = Medication
16 = Injection
17 = MD/NP, not Medicare Billable
19 = Risperdal Consta Injection
30 = TBS Assessment
41 = Family Therapy
51 = Targeted Case Management
55 = Direct Client Care-unclaimable
58 = Therap.Behavioral Services

**LOCATION CODE:**
A = Office
B = Field (unspecified)
C = Jail/Hillcrest
D = Hospital/IMD/SNF
E = Homeless/Shelter
F = Faith-based Church/Temple
G = Health/Primary Care Clinic/PES
H = Home
I = Age-Specific Community Center
J = Client's Job Site
L = Residential Care - Adults
M = Mobile Service
N = Non-Traditional Location
O = Other Community Location
P = Phone
R = Residential care - Children
S = School
T = Telehealth
V = 26.5 youth out-of-State

**NO CHARGE  CODE:**
2 = Missed appointment - no direct service      3 = Phone call w voice mail to/from client/others      4 = Unscheduled field visit - no direct service
9 = Administrative Note – e.g. release of records, prepare documents for court, court testimony, after client deceased

*CONFIDENTIAL PATIENT
INFORMATION: See California
Welfare and Institutions Code
Section 5328*

SAN MATEO COUNTY MENTAL HEALTH SERVICES
**ACTIVITY RECORD AND PROGRESS NOTES**

NAME *Cathy Enwere*                    MH# *222587*

Entry is required after each service.
Clinician signature with license/title is required after each entry.
Record length of service in hours and minutes.

| YEAR 08 DATE | LOCATION | ACT CODE | HOURS | MINUTES | NO CHARGE | |
|---|---|---|---|---|---|---|
| 12/3 | A | 55 | | 3 | | Signed & faxed wrap around fund request to Mental Health Assoc. *Kay Can, LCSW* |
| 12/8 | P | 51 | | 7 | 3 | T/C from ct requesting to review chart. Ct stated she wanted this done by Wed or Thursday. Informed ct this writer would speak to Dr Gabriel about this tomorrow since tx team needs to be in agreement. *Kay Can, LCSW* |
| 12/8 | P | 55 | | 4 | 3 | 3 messages from ct related to frustration about records being released & stating she received notification about documents sent. Ct stated she felt County was forced by defendants. *Kay Can, LCSW* |
| 12/10 | A | 55 | | 9 | 3 | Discussion w/ treatment team regarding Ct review of records. If ct wants to sit down w/ tx team to review, possible dates 12/17 or 12/19 @ 8:30AM. *Kay Can, LCSW* — Claudia Tinoco — Dr. Alyse Gabriel |
| 12/10 | P | 55 | | 2 | 3 | T/C to ct. VM not set up yet. Unable to leave message. *Kay Can, LCSW* |

**ACTIVITY CODE:**
02 = Crisis
05 = Assessment
06 = Plan Development
07 = Rehabilitation

09 = Individual Therapy
10 = Group Therapy
12 = Collateral - family/significant others
15 = Medication

16 = Injection
17 = MD/NP, not Medicare Billable
19 = Risperdal Consta Injection
30 = TBS Assessment

41 = Family Therapy
51 = Targeted Case Management
55 = Direct Client Care-unclaimable
58 = Therap.Behavioral Services

**LOCATION CODE:**
A = Office
B = Field (unspecified)
C = Jail/Hillcrest
D = Hospital/IMD/SNF
E = Homeless/Shelter

F = Faith-based Church/Temple
G = Health/Primary Care Clinic/PES
H = Home
I = Age-Specific Community Center
J = Client's Job Site

L = Residential Care - Adults
M = Mobile Service
N = Non-Traditional Location
O = Other Community Location
P = Phone

R = Residential care - Children
S = School
T = Telehealth
V = 26.5 youth out-of-State

**NO CHARGE CODE:**
2 = Missed appointment - no direct service    3 = Phone call w voice mail to/from client/others    4 = Unscheduled field visit - no direct service
9 = Administrative Note – e.g. release of records, prepare documents for court, court testimony, after client deceased

QI-Clinical Forms\Progress Notes\Act Record & Prog Notes 8-07.doc

**"CONFIDENTIAL PATIENT INFORMATION: See California Welfare and Institutions Code Section 5328"**

SAN MATEO COUNTY MENTAL HEALTH SERVICES
**ACTIVITY RECORD AND PROGRESS NOTES**

NAME _Entree Cathy_     MH# _222587._

| YEAR 08 DATE | LOCATION | ACT CODE | HOURS | MINUTES | NO CHARGE | Entry is required after each service. Clinician signature with license/title is required after each entry. Record length of service in hours and minutes. |
|---|---|---|---|---|---|---|
| 12/2 | P | 55 | | 8 | | Writer recieve message from ct giving writer the # of the apartment that she need help paying deposit. Renee Harris comm nw Kauy Can, LCN |
| 12/2 | A | 06 | | 10 | | Writer consult with supervisor about DRAPA record and - Renee Harris comm nw Kauy Can, LCW |
| 12/2 | P | 55 | | 7 | | Writer return phone call to ct 4 m for ct to come in & sign Request form & a consent form, to speak with mrs Balbacky Renee Harris comm nw Kauy Can, LCW |
| 12/2 | A | 51 | | 14 | | Writer completed Housing assistance Request form. Renee Harris com nw Kauy Can LCW |

**ACTIVITY CODE:**
02 = Crisis
05 = Assessment
06 = Plan Development
07 = Rehabilitation
09 = Individual Therapy
10 = Group Therapy
12 = Collateral - family/significant others
15 = Medication
16 = Injection
17 = MD/NP, not Medicare Billable
19 = Risperdal Consta Injection
30 = TBS Assessment
41 = Family Therapy
51 = Targeted Case Management
55 = Direct Client Care-unclaimable
58 = Therap.Behavioral Services

**LOCATION CODE:**
A = Office
B = Field (unspecified)
C = Jail/Hillcrest
D = Hospital/IMD/SNF
E = Homeless/Shelter
F = Faith-based Church/Temple
G = Health/Primary Care Clinic/PES
H = Home
I = Age-Specific Community Center
J = Client's Job Site
L = Residential Care - Adults
M = Mobile Service
N = Non-Traditional Location
O = Other Community Location
P = Phone
R = Residential care - Children
S = School
T = Telehealth
V = 26.5 youth out-of-State

**NO CHARGE CODE:**
2 = Missed appointment - no direct service    3 = Phone call w voice mail to/from client/others    4 = Unscheduled field visit - no direct service
9 = Administrative Note – e.g. release of records, prepare documents for court, court testimony, after client deceased

QI-Clinical Forms\Progress Notes\Act Record & Prog Notes 8-07.doc

**\*CONFIDENTIAL PATIENT INFORMATION: See California Welfare and Institutions Code Section 5328\***

SAN MATEO COUNTY MENTAL HEALTH SERVICES
**ACTIVITY RECORD AND PROGRESS NOTES**

**NAME** Enwere, Cathy     **MH#** 222587

| YEAR 08 DATE | LOCATION | ACT CODE | HOURS | MINUTES | NO CHARGE | Entry is required after each service. Clinician signature with license/title is required after each entry. Record length of service in hours and minutes. |
|---|---|---|---|---|---|---|
| 11/25 | Continued | | | | | Clarified we submitted ct records to the judge under seal for judge to decide if should be released to the court pursuant to motion of discovery filed by defendants. Clarified we are not a party to the lawsuit but we are compelled to provide this info ct this time to judge. —— Kary Cary, LCSW |
| 11/25 | P | 55 | | 8 | | T/C to Cathy to give information regarding records. Cathy stated we can only release information that is relevant to her case. This writer explained that was for judge to decide & not us. Ct stated she was going straight to San Francisco to sue us. —— Kary Cary, LCSW |
| 12/2 | P | 55 | | 4 | | Writer recieved a message from a Sara Balbecky requesting to talk with writer about ct. She left # for writer Renee Narris com Kary Cary, LCSW |

**ACTIVITY CODE:**
- 02 = Crisis
- 05 = Assessment
- 06 = Plan Development
- 07 = Rehabilitation
- 09 = Individual Therapy
- 10 = Group Therapy
- 12 = Collateral - family/significant others
- 15 = Medication
- 16 = Injection
- 17 = MD/NP, not Medicare Billable
- 19 = Risperdal Consta Injection
- 30 = TBS Assessment
- 41 = Family Therapy
- 51 = Targeted Case Management
- 55 = Direct Client Care-unclaimable
- 58 = Therap.Behavioral Services

**LOCATION CODE:**
- A = Office
- B = Field (unspecified)
- C = Jail/Hillcrest
- D = Hospital/IMD/SNF
- E = Homeless/Shelter
- F = Faith-based Church/Temple
- G = Health/Primary Care Clinic/PES
- H = Home
- I = Age-Specific Community Center
- J = Client's Job Site
- L = Residential Care - Adults
- M = Mobile Service
- N = Non-Traditional Location
- O = Other Community Location
- P = Phone
- R = Residential care - Children
- S = School
- T = Telehealth
- V = 26.5 youth out-of-State

**NO CHARGE CODE:**
- 2 = Missed appointment - no direct service
- 3 = Phone call w voice mail to/from client/others
- 4 = Unscheduled field visit - no direct service
- 9 = Administrative Note - e.g. release of records, prepare documents for court, court testimony, after client deceased

"CONFIDENTIAL PATIENT INFORMATION: See California Welfare and Institutions Code Section 5328"

# SAN MATEO COUNTY MENTAL HEALTH SERVICES
## ACTIVITY RECORD AND PROGRESS NOTES

NAME  Enwere, Cathy                MH#  222587

| YEAR 08 DATE | LOCATION | ACT CODE | HOURS | MINUTES | NO CHARGE | Entry is required after each service. Clinician signature with license/title is required after each entry. Record length of service in hours and minutes. |
|---|---|---|---|---|---|---|
| 11/24 | P | 55 | | 5 | X | T/C w/ Supervisor Carlos who stated ct called him stating she didn't want her records released. He informed her that we must do what court tells us if subpeona. Gave supervisor some information about situation so far. — Kay Car, LCSW |
| 11/24 | P | 55 | | 6 | X | T/C w/ DI, Ellian who stated paperwork went out in Fed Ex today after speaking w/ County counsel. She will ask Peter Finck if he can speak w/ ct to explain. |
| 11/24 | P | 55 | | 4 | X | Message from ct stating release of her records was against her rights & she will sue if released. — Kay Car, LCSW |
| 11/25 | P | 55 | | 6 | X | T/C w/ Keith Clausen who reiterated why records released to judge to read in chambers. Suggested conference call w/ Carlos Morales. — Kay Car, LCSW |
| 11/25 | P | 55 | | 4 | X | T/C w/ Carlos who stated he will speak to ct if she calls. — Kay Car, LCSW |
| 11/25 | P | 55 | | 5 | X | T/C w/ County Counsel, Peter Finck who |

**ACTIVITY CODE:**
02 = Crisis
05 = Assessment
06 = Plan Development
07 = Rehabilitation

09 = Individual Therapy
10 = Group Therapy
12 = Collateral - family/significant others
15 = Medication

16 = Injection
17 = MD/NP, not Medicare Billable
19 = Risperdal Consta Injection
30 = TBS Assessment

41 = Family Therapy
51 = Targeted Case Management
55 = Direct Client Care-unclaimable
58 = Therap.Behavioral Services

**LOCATION CODE:**
A = Office
B = Field (unspecified)
C = Jail/Hillcrest
D = Hospital/IMD/SNF
E = Homeless/Shelter

F = Faith-based Church/Temple
G = Health/Primary Care Clinic/PES
H = Home
I = Age-Specific Community Center
J = Client's Job Site

L = Residential Care - Adults
M = Mobile Service
N = Non-Traditional Location
O = Other Community Location
P = Phone

R = Residential care - Children
S = School
T = Telehealth
V = 26.5 youth out-of-State

**NO CHARGE CODE:**
2 = Missed appointment - no direct service    3 = Phone call w voice mail to/from client/others    4 = Unscheduled field visit - no direct service
9 = Administrative Note – e.g. release of records, prepare documents for court, court testimony, after client deceased

**"CONFIDENTIAL PATIENT INFORMATION: See California Welfare and Institutions Code Section 5328"**

SAN MATEO COUNTY MENTAL HEALTH SERVICES
**ACTIVITY RECORD AND PROGRESS NOTES**

NAME Enriere, Kathy              MH# 222587

| YEAR 08 / DATE | LOCATION | ACT CODE | HOURS | MINUTES | NO CHARGE | Entry is required after each service. Clinician signature with license/title is required after each entry. Record length of service in hours and minutes. |
|---|---|---|---|---|---|---|
| 11/24 | P | 55 | | 8 | 9 | T/c w/ Cathy to inform records going to judge. Ct stated she would sue the clinic & county if her records were released. Ct stated the judge is "dirty" and she doesn't want her records going to that judge. Ct stated she is waiting for some ruling "to compel" from another judge & stated Judge Turnbul should have waited for that ruling before calling for records. Ct asked for name & number of county counsel. Informed ct someone would call her back & that this writer would follow up with QI to pass on her sentiments.  _Kay Cu, LCSW_ |
| 11/24 | P | 55 | | 11 | 9 | T/c to QI, Lilian to inform ct doesn't want her paperwork released & that ct is requesting to talk to county counsel. Also requested that QI hang on to paperwork so this writer could pick up & take to San Jose & judge if necessary after speaking with county counsel.  _Kay Cu, LCSW_ |

**ACTIVITY CODE:**
02 = Crisis
05 = Assessment
06 = Plan Development
07 = Rehabilitation
09 = Individual Therapy
10 = Group Therapy
12 = Collateral - family/significant others
15 = Medication
16 = Injection
17 = MD/NP, not Medicare Billable
19 = Risperdal Consta Injection
30 = TBS Assessment
41 = Family Therapy
51 = Targeted Case Management
55 = Direct Client Care-unclaimable
58 = Therap.Behavioral Services

**LOCATION CODE:**
A = Office
B = Field (unspecified)
C = Jail/Hillcrest
D = Hospital/IMD/SNF
E = Homeless/Shelter
F = Faith-based Church/Temple
G = Health/Primary Care Clinic/PES
H = Home
I = Age-Specific Community Center
J = Client's Job Site
L = Residential Care - Adults
M = Mobile Service
N = Non-Traditional Location
O = Other Community Location
P = Phone
R = Residential care - Children
S = School
T = Telehealth
V = 26.5 youth out-of-State

**NO CHARGE  CODE:**
2 = Missed appointment - no direct service     3 = Phone call w voice mail to/from client/others     4 = Unscheduled field visit - no direct service
9 = Administrative Note -- e.g. release of records, prepare documents for court, court testimony, after client deceased

**'CONFIDENTIAL PATIENT INFORMATION: See California Welfare and Institutions Code Section 5328'**

SAN MATEO COUNTY MENTAL HEALTH SERVICES
**ACTIVITY RECORD AND PROGRESS NOTES**

NAME _Enwere, Cathy_          MH# _222587_ -

| YEAR | LOCATION | ACT CODE | HOURS | MINUTES | NO CHARGE | Entry is required after each service. Clinician signature with license/title is required after each entry. Record length of service in hours and minutes. |
|------|----------|----------|-------|---------|-----------|---|
| 08 DATE | | | | | | |
| 11/18 | A | 6 | | 12 | | CCP completed c̄ Pt e CM - A 6 at ___ |
| 11/18 | A | 6 | | 12 | | _Renee Narris comm.es_ |
| 11/18 | P | 55 | | 7 | | T/c w/ QI regarding need to gather/copy all paperwork from chart (see legal section for subpoena from L. Hiller.) County Counsel spoke w/ judge, who will review documents to determine whether to release into court _Kay Cayden_ |
| 11/18 | P | 55 | | 2 | X | T/c message for Peter Finck, County Counsel. _Kay Cayden_ |
| 11/21 | P | 55 | | 7 | X | T/c w/ QI, Lilian re paperwork's request to speak w/ Peter re. what to explain to ct. _Kay Cayden_ |
| 11/21 | B | 56 | | 49 | X | Paperwork dropped off @ QI office. _Kay Cayden_ |
| 11/24 | P | 55 | | 6 | X | T/c message from Peter Finck stating County submitting paperwork to court/judge because defendants filed motion to compel disclosure. "We are not taking a side" but we are invoking privilege & court will decide what information if any to be released. _Kay Cayden_ |

**ACTIVITY CODE:**
02 = Crisis
05 = Assessment
06 = Plan Development
07 = Rehabilitation

09 = Individual Therapy
10 = Group Therapy
12 = Collateral - family/significant others
15 = Medication

16 = Injection
17 = MD/NP, not Medicare Billable
19 = Risperdal Consta Injection
30 = TBS Assessment

41 = Family Therapy
51 = Targeted Case Management
55 = Direct Client Care-unclaimable
58 = Therap.Behavioral Services

**LOCATION CODE:**
A = Office
B = Field (unspecified)
C = Jail/Hillcrest
D = Hospital/IMD/SNF
E = Homeless/Shelter

F = Faith-based Church/Temple
G = Health/Primary Care Clinic/PES
H = Home
I = Age-Specific Community Center
J = Client's Job Site

L = Residential Care - Adults
M = Mobile Service
N = Non-Traditional Location
O = Other Community Location
P = Phone

R = Residential care - Children
S = School
T = Telehealth
V = 26.5 youth out-of-State

**NO CHARGE CODE:**
2 = Missed appointment - no direct service    3 = Phone call w voice mail to/from client/others    4 = Unscheduled field visit - no direct service
9 = Administrative Note – e.g. release of records, prepare documents for court, court testimony, after client deceased

5

TO Honoable Judge JEREMY fogel I was
looking over The docket to see What I Would see
and I thought this would interest you I am
Outrage if I am Reading this Correctly sir on
the docket # 121 11/20/08 is Laurie B. Hiller
Claiming Im in support off her getting My
Records Freaudulently taking Advantage of
Plaintiff and said filed by Cathy ENWERE
and Couet STAFF is INVolved in this 1/07/2009
Judge Patricia V. Trumbull Claims She
Subpoena San Mateo County Health Department
to Produce Documents Puesuant to Subpoena
11/25/08 Couet Reporter Jana Ridenour 11/25/08
Says Judge Patricia V. Trumbull minute Entry
motion Heneing held on 11/25/2008 MATTER Sub-
Mitted to Compel Plaintiff to AuthoRIZE Pro-
duction of HEALth information to Laurie B. Hiller
Then Judge Send sends Plaintiff 4 notices
Saying she Subpoena Records on November
10, 2008 Here Also Are The so Called oversized
duccements by e Cathy ENWERE Judge fogel
you know there was a docament explaining
What those documents were for what
Happen to the Captions SiR Im not filling
Guilty for something that Laurie B. Hiller
feel She has the Right to do to me to feed on
My misfortions in Life giving the Couets miss
infoemation about me Ive been Taken by people
As Far back as child WALK on turn against
giving the wrong infoemation Confusion going
on in My Mind wondeering About protection /\
Of the law I pick up a Book the Arthur is
or was a offical of the law her wanted to
give back to people About the law so parts
Of I still believe Every one is not BAD there

ARE people that believe in Good Faith but this attorney explained About the Mistreatment of poverty stricken people Surviving governmental Corporations yes human beings serve them Manage them Own them but know one is priority before the Corporation it is out of Control and anyone Connected to it Gerry Spence invited me into this food for thought then he talk about AND he said EVERY YEAR Corporate CRIMES to AMERICANS IS OVER ten times GREATER than the Combined Larcenies Robbies, burglaries, and auto thefts Committed by individuals Serious misbehavior allows the Corporation to operate with out regards to moral values IN MY CASE Racial DISCRIMINATION & Mental disable people but the Federal Government and Court System is Suppose to Support that Cause and people like My Self Here is more information of the Dockets I am praying Honorable Judge Fogel Sir with All the information I've given you So Fair Sir WE Can being this to A close And that mental Health department will take Reponsibility and Straighten out This mess and things get back to normal well what is normal in MY Life hope to hear from you Soon Sir So everyone Can go on with There life and I pray Sir That THIS IS About Justice Sir & Truth. and I NEVER Signed anything to Support Laurie B. Hiller or in Support of Laurie B. Hiller getting My papers documents from records

Sign
Cathy Enware

| 11/20/2008 | 121 | AFFIDAVIT in Opposition re 115 MOTION to Compel *San Mateo County Health Department to Produce Documents Pursuant to Subpoena; Memorandum of Points and Authorites and Declaration of Laurie B. Hiller in Support Thereof*, 108 MOTION to Compel *Plaintiff to Submit to a Mental Examination; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support Thereof*, 105 MOTION to Compel *Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There MOTION to Compel Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There filed by* Cathy Enwere. (srm, COURT STAFF) (Filed on 11/20/2008) (Entered: 11/21/2008) |
|---|---|---|
| 11/25/2008 | 122 | Minute Entry: Motion Hearing held on 11/25/2008 before Patricia V. Trumbull; Matter Submitted. (Date Filed: 11/25/2008) re 108 MOTION to Compel *Plaintiff to Submit to a Mental Examination; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support Thereof* filed by G&K Management Company, Inc., 105 MOTION to Compel *Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There MOTION to Compel Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There filed by G&K Management Company, Inc. (Court Reporter Jana Ridenour.) (cm, COURT STAFF) (Date Filed: 11/25/2008) (Entered: 11/25/2008)* |
| 11/26/2008 | 123 | ORDER DENYING 118 REQUEST TO VACATE HEARING. Signed by Judge Jeremy Fogel on 11/26/08. (jflc3, COURT STAFF) (Filed on 11/26/2008) (Entered: 11/26/2008) |
| 12/04/2008 | 124 | ORDER by Judge Patricia V. Trumbull re 105 and 108 Granting Defendants' Motion to Compel Production of Documents; Granting Defendants' Motion for Rule 35 Examination; Issuing Protective Order; and Setting Discovery Cut-Off of January 16, 2009. (pvtlc1) (Filed on 12/4/2008) (Entered: 12/04/2008) |
| 12/04/2008 | 125 | INTERIM ORDER re 115 Defendants Motion to Compel San Mateo County Health Department to Produce Documents Pursuant to Subpoena. Signed by Judge Patricia V. Trumbull on 12/3/08. (pvtlc1) (Filed on 12/4/2008) (Entered: 12/04/2008) |
| 12/04/2008 | 126 | Declaration from Custodian of Records Keith Clausen. (gm, COURT STAFF) (Filed on 12/4/2008) . (Entered: 12/05/2008) |
| 12/08/2008 | 127 | NOTICE by Terman Associates, L.P., G&K Management Company, Inc. *Supplemental Brief Setting New Date and Time for Mental Examination* |

| | | |
|---|---|---|
| 09/18/2008 | 102 | CERTIFICATE OF SERVICE by U.S. Department of Housing and Urban Develoment ("HUD") re 101 Response ( Non Motion ) (Scharf, James) (Filed on 9/18/2008) (Entered: 09/18/2008) |
| 09/22/2008 | 103 | ORDER re 101 HUD's Response to Order Dated September 17, 2008. Signed by Judge Patricia V. Trumbull on 9/19/08. (pvtlc1) (Filed on 9/22/2008) (Entered: 09/22/2008) |
| 09/23/2008 | 104 | RESPONSE to re 101 Response by Cathy Enwere. (gm, COURT STAFF) (Filed on 9/23/2008) (Entered: 09/23/2008) |
| 10/14/2008 | 105 | MOTION to Compel *Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support Thereof* filed by G&K Management Company, Inc.. Motion Hearing set for 11/25/2008 10:00 AM in Courtroom #5, 4th Floor, San Jose. (Wagner, Eve) (Filed on 10/14/2008) (Entered: 10/14/2008) |
| 10/14/2008 | 106 | Proposed Order re 105 MOTION to Compel *Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There MOTION to Compel Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There by* G&K Management Company, Inc.. (Wagner, Eve) (Filed on 10/14/2008) (Entered: 10/14/2008) |
| 10/15/2008 | 107 | INTERIM ORDER re 105 Defendant's Motion to Compel. Signed by Judge Patricia V. Trumbull on 10/15/08. (pvtlc1) (Filed on 10/15/2008) (Entered: 10/15/2008) |
| 10/17/2008 | 108 | MOTION to Compel *Plaintiff to Submit to a Mental Examination; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support Thereof* filed by G&K Management Company, Inc.. Motion Hearing set for 11/25/2008 10:00 AM in Courtroom #5, 4th Floor, San Jose. (Wagner, Eve) (Filed on 10/17/2008) (Entered: 10/17/2008) |
| 10/17/2008 | 109 | Proposed Order re 108 MOTION to Compel *Plaintiff to Submit to a Mental Examination; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support Thereof* by G&K Management Company, Inc.. (Wagner, Eve) (Filed on 10/17/2008) (Entered: 10/17/2008) |
| 10/17/2008 | 112 | Minute Entry: Further Case Management Conference held on 10/17/2008 before Judge Jeremy Fogel (Date Filed: 10/17/2008). Bench Trial set for 1/29/2009 09:00 AM. Pretrial Conference set for 1/16/2009 11:00 AM. (Court Reporter Summer Clanton.) (dlm, COURT STAFF) (Date Filed: 10/17/2008) (Entered: 10/23/2008) |
| | | |

| 10/21/2008 | 110 | MEMORANDUM in Opposition re 108 MOTION to Compel *Plaintiff to Submit to a Mental Examination; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support Thereof*, 105 MOTION to Compel *Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There MOTION to Compel Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There filed by*Cathy Enwere. *(Related document(s) 108 , 105 )* (gm, COURT STAFF) (Filed on 10/21/2008) (Entered: 10/22/2008) |
|---|---|---|
| 10/22/2008 | 111 | MEMORANDUM in Support re 110 Memorandum in Opposition and Proposed Order filed byCathy Enwere. (Related document(s) 110 ) (gm, COURT STAFF) (Filed on 10/22/2008) (Entered: 10/23/2008) |
| 11/03/2008 | 113 | REQUEST for extension of time to file opposition by Cathy Enwere. (gm, COURT STAFF) (Filed on 11/3/2008) (Entered: 11/04/2008) |
| 11/04/2008 | 114 | ORDER re 113 Granting Plaintiff's Request to Extend Deadline to Oppose Defendants' Motion to Compel. Signed by Judge Patricia V. Trumbull on 11/4/08. (pvtlc1) (Filed on 11/4/2008) (Entered: 11/04/2008) |
| 11/10/2008 | 115 | MOTION to Compel *San Mateo County Health Department to Produce Documents Pursuant to Subpoena; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support Thereof* filed by G&K Management Company, Inc.. Motion Hearing set for 12/23/2008 10:00 AM in Courtroom #5, 4th Floor, San Jose. (Wagner, Eve) (Filed on 11/10/2008) (Entered: 11/10/2008) |
| 11/10/2008 | 117 | REQUEST by Cathy Enwere. (gm, COURT STAFF) (Filed on 11/10/2008) (Entered: 11/12/2008) |
| 11/10/2008 | 118 | REQUEST by Cathy Enwere. (gm, COURT STAFF) (Filed on 11/10/2008) (Entered: 11/12/2008) |
| 11/12/2008 | 116 | NOTICE by Terman Associates, L.P., G&K Management Company, Inc. *of Request to Appear by Courtcall at Motions to Compel* (Wagner, Eve) (Filed on 11/12/2008) (Entered: 11/12/2008) |
| 11/18/2008 | 119 | ORDER re 116 Denying Defendants' Request to Appear by Courtcall at Motions to Compel. Signed by Judge Patricia V. Trumbull on 11/18/08. (pvtlc1) (Filed on 11/18/2008) (Entered: 11/18/2008) |
| 11/19/2008 | 120 | Reply Memorandum *in Support of G&K Management Company, Inc.'s ( 105 ) Motions to Compel Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Submit to a Mental Examination* filed byG&K Management Company, Inc.. (Wagner, Eve) (Filed on 11/19/2008) Modified text to add linkage on 11/20/2008 (srm, COURT STAFF). (Entered: 11/19/2008) |

| | | |
|---|---|---|
| 10/21/2008 | 110 | MEMORANDUM in Opposition re 108 MOTION to Compel *Plaintiff to Submit to a Mental Examination; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support Thereof,* 105 MOTION to Compel *Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There MOTION to Compel Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There filed by Cathy Enwere. (Related document(s) 108 , 105 )* (gm, COURT STAFF) (Filed on 10/21/2008) (Entered: 10/22/2008) |
| 10/22/2008 | 111 | MEMORANDUM in Support re 110 Memorandum in Opposition and Proposed Order filed by Cathy Enwere. (Related document(s) 110 ) (gm, COURT STAFF) (Filed on 10/22/2008) (Entered: 10/23/2008) |
| 11/03/2008 | 113 | REQUEST for extension of time to file opposition by Cathy Enwere. (gm, COURT STAFF) (Filed on 11/3/2008) (Entered: 11/04/2008) |
| 11/04/2008 | 114 | ORDER re 113 Granting Plaintiff's Request to Extend Deadline to Oppose Defendants' Motion to Compel. Signed by Judge Patricia V. Trumbull on 11/4/08. (pvtlc1) (Filed on 11/4/2008) (Entered: 11/04/2008) |
| 11/10/2008 | 115 | MOTION to Compel *San Mateo County Health Department to Produce Documents Pursuant to Subpoena; Memorandum of Points and Authorites and Declaration of Laurie B. Hiller in Support Thereof* filed by G&K Management Company, Inc.. Motion Hearing set for 12/23/2008 10:00 AM in Courtroom #5, 4th Floor, San Jose. (Wagner, Eve) (Filed on 11/10/2008) (Entered: 11/10/2008) |
| 11/10/2008 | 117 | REQUEST by Cathy Enwere. (gm, COURT STAFF) (Filed on 11/10/2008) (Entered: 11/12/2008) |
| 11/10/2008 | 118 | REQUEST by Cathy Enwere. (gm, COURT STAFF) (Filed on 11/10/2008) (Entered: 11/12/2008) |
| 11/12/2008 | 116 | NOTICE by Terman Associates, L.P., G&K Management Company, Inc. *of Request to Appear by Courtcall at Motions to Compel* (Wagner, Eve) (Filed on 11/12/2008) (Entered: 11/12/2008) |
| 11/18/2008 | 119 | ORDER re 116 Denying Defendants' Request to Appear by Courtcall at Motions to Compel. Signed by Judge Patricia V. Trumbull on 11/18/08. (pvtlc1) (Filed on 11/18/2008) (Entered: 11/18/2008) |
| 11/19/2008 | 120 | Reply Memorandum *in Support of G&K Management Company, Inc.'s ( 105 ) Motions to Compel Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Submit to a Mental Examination* filed by G&K Management Company, Inc.. (Wagner, Eve) (Filed on 11/19/2008) Modified text to add linkage on 11/20/2008 (srm, COURT STAFF). (Entered: 11/19/2008) |

| 11/20/2008 | 121 | AFFIDAVIT in Opposition re 115 MOTION to Compel *San Mateo County Health Department to Produce Documents Pursuant to Subpoena; Memorandum of Points and Authorites and Declaration of Laurie B. Hiller in Support Thereof,* 108 MOTION to Compel *Plaintiff to Submit to a Mental Examination; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support Thereof,* 105 MOTION to Compel *Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There MOTION to Compel Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There filed by Cathy Enwere. (srm, COURT STAFF) (Filed on 11/20/2008) (Entered: 11/21/2008)* |
|---|---|---|
| 11/25/2008 | 122 | Minute Entry: Motion Hearing held on 11/25/2008 before Patricia V. Trumbull; Matter Submitted. (Date Filed: 11/25/2008) re 108 MOTION to Compel *Plaintiff to Submit to a Mental Examination; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support Thereof* filed by G&K Management Company, Inc., 105 MOTION to Compel *Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There MOTION to Compel Plaintiff to (1) Produce Documents Pertaining to Her Purported Damages; and (2) Authorize Production of Health Information from Third Party; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support There filed by G&K Management Company, Inc.* (Court Reporter Jana Ridenour.) (cm, COURT STAFF) (Date Filed: 11/25/2008) (Entered: 11/25/2008) |
| 11/26/2008 | 123 | ORDER DENYING 118 REQUEST TO VACATE HEARING. Signed by Judge Jeremy Fogel on 11/26/08. (jflc3, COURT STAFF) (Filed on 11/26/2008) (Entered: 11/26/2008) |
| 12/04/2008 | 124 | ORDER by Judge Patricia V. Trumbull re 105 and 108 Granting Defendants' Motion to Compel Production of Documents; Granting Defendants' Motion for Rule 35 Examination; Issuing Protective Order; and Setting Discovery Cut-Off of January 16, 2009. (pvtlc1) (Filed on 12/4/2008) (Entered: 12/04/2008) |
| 12/04/2008 | 125 | INTERIM ORDER re 115 Defendants Motion to Compel San Mateo County Health Department to Produce Documents Pursuant to Subpoena. Signed by Judge Patricia V. Trumbull on 12/3/08. (pvtlc1) (Filed on 12/4/2008) (Entered: 12/04/2008) |
| 12/04/2008 | 126 | Declaration from Custodian of Records Keith Clausen. (gm, COURT STAFF) (Filed on 12/4/2008) . (Entered: 12/05/2008) |
| 12/08/2008 | 127 | NOTICE by Terman Associates, L.P., G&K Management Company, Inc. *Supplemental Brief Setting New Date and Time for Mental Examination* |

| | | |
|---|---|---|
| | | *of Plaintiff* (Wagner, Eve) (Filed on 12/8/2008) (Entered: 12/08/2008) |
| 12/19/2008 | 128 | REQUEST for extension of time by Cathy Enwere. (gm, COURT STAFF) (Filed on 12/19/2008) (Entered: 12/22/2008) |
| 12/29/2008 | 129 | RESPONSE to *Plaintiff's Latest 128 Request for Time Off from Her Case; Declaration of Laurie B. Hiller in Support Thereof* by Terman Associates, L.P., G&K Management Company, Inc.. (Wagner, Eve) (Filed on 12/29/2008) Modified on 12/30/2008 (gm, COURT STAFF). (Entered: 12/29/2008) |
| 01/06/2009 | 130 | MOTION to Shorten Time *on Motion to Compel Plaintiff to Appear at Deposition; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support Thereof* filed by Terman Associates, L.P., G&K Management Company, Inc.. Motion Hearing set for 2/9/2009 10:00 AM in Courtroom #5, 4th Floor, San Jose. (Wagner, Eve) (Filed on 1/6/2009) (Entered: 01/06/2009) |
| 01/06/2009 | 131 | MOTION to Compel *Plaintiff to Appear at Deposition; Memorandum of Points and Authorities and Declaration of Laurie B. Hiller in Support Thereof* filed by Terman Associates, L.P., G&K Management Company, Inc.. Motion Hearing set for 2/9/2009 10:00 AM in Courtroom #5, 4th Floor, San Jose. (Wagner, Eve) (Filed on 1/6/2009) (Entered: 01/06/2009) |
| 01/06/2009 | 132 | Proposed Order *Granting Defendants' 130 Motion for Order Shortening Time on 131 Motion to Compel Plaintiff to Appear ta Deposition* by Terman Associates, L.P., G&K Management Company, Inc.. (Wagner, Eve) (Filed on 1/6/2009) Modified on 1/7/2009 (gm, COURT STAFF). (Entered: 01/06/2009) |
| 01/07/2009 | 133 | CERTIFICATE OF SERVICE by Terman Associates, L.P., G&K Management Company, Inc. *re Motion for Shortened Time on Motion to Compel Plaintiff to Appear at Deposition; Motion to Compel Plaintiff to Appear at Deposition; and [Proposed] Order Granting Defendants' Motion for Order Shortening Time on Motion to Compel Plaintiff to Appear at Deposition* (Wagner, Eve) (Filed on 1/7/2009) (Entered: 01/07/2009) |
| 01/07/2009 | 134 | ORDER by Judge Patricia V. Trumbull Granting 130 Defendants' Motion to Shorten Time for Hearing on Motion to Compel. (pvtlc1) (Filed on 1/7/2009) (Entered: 01/07/2009) |
| 01/07/2009 | 135 | ORDER by Judge Patricia V. Trumbull Granting 115 Motion to Compel San Mateo County Health Department to Produce Documents Pursuant to Subpoena. (pvtlc1) (Filed on 1/7/2009) (Entered: 01/07/2009) |
| 01/09/2009 | 136 | ORDER GRANTING 128 REQUEST FOR STAY AND ADJUSTING SCHEDULING ORDER. Signed by Judge Jeremy Fogel on 1/9/09. (jflc3, COURT STAFF) (Filed on 1/9/2009) (Entered: 01/09/2009) |
| 01/12/2009 | 137 | CLERKS NOTICE Continuing Motion Hearing Motion Hearing set for 2/24/2009 10:00 AM. (cm, COURT STAFF) (Filed on 1/12/2009) |

| 06/20/2008 | 68 | Memorandum in Opposition *to Cathy Enwere's Motion to Compel* filed byCA Department of Fair Employment and Housing. (Attachments: # 1 Exhibit Declaration of Susan Sheftel, # 2 Exhibit Reyes Declaration)(del Peral, Cesar) (Filed on 6/20/2008) (Entered: 06/20/2008) |
| 06/24/2008 | 69 | Reply Memorandum *of Defendants Terman Associates, L.P. and G&K Management Company, Inc. to Plaintiff's Pleading Entitled "Response Plaintiff Cathy Enwere to Defendant Not Following Court Order for Discovery"; Declaration of Laurie B. Hiller in Support Thereof* filed byTerman Associates, L.P., G&K Management Company, Inc.. (Wagner, Eve) (Filed on 6/24/2008) (Entered: 06/24/2008) |
| 07/08/2008 | 83 | Plaintiff's Reply Papers (OVERSIZED DOCUMENT) by Cathy Enwere. (gm, COURT STAFF) (Filed on 7/8/2008) (Entered: 07/28/2008) |
| 07/14/2008 | 70 | NOTICE by Terman Associates, L.P., G&K Management Company, Inc. *Defendants' Request to Appear by Courtcall at Motion to Compel* (Wagner, Eve) (Filed on 7/14/2008) (Entered: 07/14/2008) |
| 07/15/2008 | 71 | ORDER Denying 66 Plaintiff's "Request for Subpoena to be Served on HUD and Project Sentinel Also for Relief to Be Enter Into Court to Be Look at by Courts". Signed by Judge Patricia V. Trumbull on 7/15/08. (pvtlc1) (Filed on 7/15/2008) (Entered: 07/15/2008) |
| 07/15/2008 | 72 | ORDER Re Plaintiffs Response to Defendant Not Following Court Order for Discovery. Signed by Judge Patricia V. Trumbull on 7/15/08. (pvtlc1) (Filed on 7/15/2008) (Entered: 07/15/2008) |
| 07/15/2008 | 73 | Minute Entry: Motion Hearing held on 7/15/2008 before Patricia V. Trumbull; Matter Submitted. (Date Filed: 7/15/2008)re 53 MOTION to Produce filed by Cathy Enwere.(Court Reporter Gina Colin.)(cm, COURT STAFF) (Date Filed: 7/15/2008) (Entered: 07/15/2008) |
| 07/15/2008 | 74 | ORDER re 70 Defense Counsel's Request to Appear by "Courtcall." Signed by Judge Patricia V. Trumbull on 7/15/08. (pvtlc1) (Filed on 7/15/2008) (Entered: 07/15/2008) |
| 07/22/2008 | 76 | RESPONSE in Support *FOLLOWING MOTION TO COMPEL DFEH TO PRODUCE DOCUMENTS* filed byCA Department of Fair Employment and Housing. (Urbina, Lindsey) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| 07/23/2008 | 79 | Response to Motion to Compel filed byCathy Enwere. (gm, COURT STAFF) (Filed on 7/23/2008) (Entered: 07/24/2008) |
| 07/23/2008 | 84 | RESPONSE to Motion to Compel Order Requesting Time to Prepare and Inter Summary Judgement by Cathy Enwere. (gm, COURT STAFF) (Filed on 7/23/2008) (Entered: 07/28/2008) |
| 07/24/2008 | 77 | ORDER re 65 Plaintiff's Motion to Compel DFEH to Produce Documents. Signed by Judge Patricia V. Trumbull on 7/24/08. (pvtlc1) (Filed on 7/24/2008) (Entered: 07/24/2008) |
| 07/24/2008 | 78 | ORDER re Plaintiff's Response to Motion to Compel Order Requesting |

6.[1]

---

[1] All documents filed electronically.

7

TO Judge JEREMY FogEL Plaintiff Cathy
Enwere & Staff Memeber threw the merital
Health Agency Have been talking back and
forth about My Concerns of how they handle
My Records Plaintiff has also written Mental
Health Her Concerns SO the MAIN Partys
Whom Plaintiff blames for Misconduct
and Fraudulent acts Wants to Meet with
Plaintiff and have Called and Ask Plaintiff
to Meet with them on MORE then ONE occas-
ion but EARLy on when Plaintiff Sent
Judge Fogel information FOR THEIR Clients
RECORDs I WAS NO LONGER Allowed to look
IN My RECORDs TAKE ANything Out of My
RECORDs when I ASK Why RENEE HARRIS
My Counsler SAid because Unit Chief
Kacey Carr SAid SO She Can't Cell Me why
because She don't have A ANSEWER for
ME But This is what I have Explain &
Express to KAcey CARR, RENEE HARRIS be
for and NOW First off Kacey you Told ME
A MAN by the NAME OF PETER FINK gAVE My
RECORDs to the Judge and this is Around
the first time RECORD were SENE OUE
HERE RENEE Kept messing with ME and giving
ME big beres belonging to Cause & Mike
SAying they were Subpornt I would tell
them all when they wend ANY how WE FAYS

Peter Fink Whom Suppose to be a Attorney FOR Mental Health I believe it is a great possibility he is but he would not get involved in any of this especialy when I call his office and said to him this is Mental Health and this Company is suppose to be looking out for it's clients what is going on he said I don't know what your talking about I said you don't know what I am talking about he said know I don't he was Quiet I forgot the rest I was slammed went on Now theres this Keith Clausen tacey Care come up with Still Cant see MY RECORDS Have to go thru them so I set out to fine out who this Keith Clausen person Suppose to be be- Cause if their own Attorney doesn't what to be involved somethings wrong I found out this week from the June 8,9,10, 2009 That Keith Clausen Works as Patient Service MANAGER IN the Insurance department that he possiblely gave Laurie B. Hilker are Some one from that office give her Authorication papers printed MY NAME ON them Never sign them Laurie B. Hilker Sent Him paper work But He doesn't Have the right to Sign Stand in Court in front of a Judge He works for the San Mateo Medical Hospital 37th Ave IN SAN MATEO and I believe Judge Jeremy Fogel Sir This Should be Check out Above His Head and HIS Office to See with San Mateo Medical HOSPITAL

Higher Himtoe Because When I Called the office
of QI in San Mateo the Unit Chief Linda Frattaroli
TALK to Me for A while and explain to Me that
Keith Clausen handle Insurance and that was
his title she would get back to me she was going
to Call Me back because She said he had nothing
to do with Subpoena and he could not do
that with out My Consent and My office
is suppose to handle that that is where my
Records were the Unit Chief there was in Charge
of that She NEVER Called Because I Called her
when I did I spoke to her She said we NEVER
talked I told her yes we did I told her every
thing we talk about and that I was going
to write it down there is still now Subpoena
for Lawrie B. Hiller getting My RECORDS because
MENTAL Health Admis Sho had them before
Court Hearing then Linda told ME to Call
PATIENTS Rights I did And I Spoke with A
Guy by the NAME of MARSHALL and he said
he was going to Call Keith Clausen and Set
A appiontment with him to see what was
going on and why I could not See my
Records Keith Called me when I Could not
get him to Call me when I Call message
So I mainly wrote This to Let you know that
Me Clausen Keith Clausen Froze on my titles
And being that he was NOT A PART OF 245 And

AND Mr Keith Clausen Made Arrangments to
interfere with Plaintiffs Case My Main Concern
Clearly is that now ats he wears He is Now
Dr Keith Clausen this Month of June Sense
Plaintiff has been writing mental Health about
powers over her Records and who is this
mangenius in persanding a Doctor his
Recording answers Dr. Keith Clausen
When I Question him about That He
profess esablely tried to erase any
doubts in my mind So I Call the Medical
I Mean American medical association
at 1916-928-9390 spoke with a employee
there told him My problem He look Dr Keith
Clausen up found no Doctor Keith Clausen
Mr. Keith Clausen going threw Efforts to
fraudulently pose as a doctor at a Hospital
is against the law I have witnesses
And I am sure there are plenty of other
people that work there that knows that spies
are that cured that hospital heard that
recording even the people that work
there one of the people that May have heard
it was patient Rights person I called
Mr. Marshall Goncalozalo who May think hes
A doctor because I got to Call from patient
Rights to see why he wont call me to see My
Records and I got A Call from Dr. Clausen
to make a appointment with me patient Right
#573-2531 the other was see Dr Ph
Manger/ Management Insurance Service
At the following Labels Keith Clausen
Staff members Unit Chief Linda Frattaroli
says Keith Clausen had Know Right to sign or
given My Records to Any one he's Not that

High up he dosn't hold that position Now
he's trying to pretend to be a doctor after
I Sent Letters Noaterize to 2915 medical
Clinic so that meant He Stood in a court
Room with a Magistrate Judge with a
Clients personal Records Fraudulently
How many People Are Aware of this
I don't know but I want him and
who ever involved held accountable

Sign
Cathy Enuson

TO Judge JEREMY Fogel Plaintiff Chiky ENWERE Also Chatterji Chief Kacey Cares Responsibility s and duties as the Unit Chief She is Responsible for all Clinical Services of the agency as Sills and coordi nation, She is Responsible and in charge of the hold agency to secure a successful psy chiatric practice critical task is to improve Clinical care for patients She expected to be a good manager Supervising and coord inating the activities of All Clinical personnel, including psychologists Providing an annual on going Repset of Significant Clinical issues her Recommendations involving all Aspects of Clinical Care Communicating All policies procedures to the Service Staff which means that her very unit New policies and procedures as clearly first Unit Chief Patricia G. _____ _____ as her unit or before her Doctor social league and there was still a Need for _____ help Africant patients Court hearing So KAS _____ Unit Chief from San Mateo Medical Center Linda Futterall Said to Me Should have _____ _____ _____ Clause an AF ASSI _____ it was that it not his job her num _____ or leave of _____ She Never Know _____ to do that AMC unit Head Assigns to another physians because even that

Kasey Carr Said I Would have to Speak to
Keith Clausen know one has call him Doctor
Keith Clausen but that Recording and that
did not Start until after the Letter I wrote
to Kasey Carr About Her Coming up with Keith
Clausen and the fact of him handling My Records
with out being My Doctor with out My Consent
and I Sent the Privacy Act paper work Attach.
to the Letter notarized but Keith Clausen know
all to well of a professional level policies and
Produces and one My mental Health issue was not
apart of his job that Kasey Carr as unit Chief
only needed to like Carr he own job his job is
to Assist in litigation involving County mental
Health issues As I needed My issue was not
A County issue and request For My Records
Should Have Stay with Kasey Carr Unit Chief
they have hospital laws and procedures
Staff are not to cause trigger's of psychological
effects (Trauma exposure perceived Risk to mental
Health patient) that Concerns Me Mental Health
staff Need to deliver psychological support
and intervention but because Kasey Carr did
not take full responsibility As a unit Chief I can't
Never will I know My Rights as Most Clients
get by being trained on and know of Sub-
if our notice any wrong doing no one
cause killer until one of them know of one close

DR. Keith Clausen Which Kacey Carr Assigned
Me to Which said ? permission is A Psychologist
has a masters in Psychology He was fraudulently
put some were but he's not even in Are building
thats why Kacey Carr Asked Peter Harris to
Ask me if I would Meet with them on June
23rd 2009 So they can Make it fraudulently
Offical that Keith Clausen is Seeing me He not
A Doctor at that Clinic as is all of this is to
Much an I know here is A TAPE his Voice Mail
used to be Keith Clausen in court with
Judge Trumbull, Keith Clausen on Laurie
Hiller papers Keith Clausen Applicable State
Federal and local ordinaces, laws, rules
and regulations now to well he Committed
a crime against Client e So dose Kacey Carr
Thats why She went from Peter Fink to
Keith Clausen Like San Mateo County Says
they Dont Know who is changed his
Voice mail He don't even work there
and He Should not handle my Record
according to what it Says for the position
both partys hold up One who also know
who's Responsible for Record.

                              Sean
                                Emerle

The unit chief/unit director/medical director of a service or ward is generally responsible for the planning, development, organization, direction, and evaluation of the clinical services of the unit; establishment and implementation of the scope of the treatment program; and coordination of all the medical services. Psychiatric administrators have the

critical task of improving clinical care for patients in a complex health care environment that increasingly emphasizes cost-effectiveness and program performance. They are expected to be good managers, to embrace new, more business-oriented management methods and organizational goals, and to control the use of resources. The specific duties and responsibilities include

- Being the principal liaison between unit and other medical services
- Being responsible for the daily operation of the service
- Ensuring that each patient has the opportunity to participate in the treatment program
- Being cognizant of utilization review functions and processes and communicating problems to a utilization review administrator or physician
- Supervising and coordinating the activities of all clinical personnel, including social service workers, nurses, adjunctive therapists, and psychologists
- Developing unit goals and objectives that integrate with the hospital's mission statement
- Providing an annual/ongoing report of significant clinical issues, programs, and recommendations involving all aspects of clinical care

Case 3:09-... Document 172 Filed 06/23/09 Page 35 of 52

- Providing continuous education and training to staff
- Establishing the required mechanism for the coordination and cooperation between the service's program and other hospital programs and personnel
- Communicating all policies and procedures to the service staff
- Being available to resolve management problems and patient care around-the-clock on an "on-call basis"
- Chairing treatment team meetings
- Attending patients' court hearings
- Participating in committees established by the hospital
- Assuming responsibility for patients who are assigned to other physicians in the event of an emergency
- Maintaining and improving professional skills by attending professional conventions and societies
- Screening all prospective admissions to the unit
- Participating in the hospital referral development program

On a hospital medical staff, the psychiatrist's major role is to maintain the quality standards established by the JCAHO and to pre-

pare for its accreditation survey. Medical staff are responsible for quality assurance activities, development of clinical indicators, monitoring of clinical data, peer review of problems, planning for improved care, and implementing hospital bylaws and procedures for granting, denying, and amending clinical privileges (Coleman and Kirven 1990). One study found that the factors in the development of a good psychiatrist/administrator—past mentorship, especially during the training years; active learning about unit administration and leadership; and personality traits—all contributed significantly (Silver et al. 1990a).

Job Action Sheet

# MENTAL HEALTH UNIT LEADER

**Mission:** Address issues related to mental health emergency response, manage the mental health care area, and coordinate mental health response activities.

| | | | | | |
|---|---|---|---|---|---|
| Date: _____ | Start: _____ | End: _____ | Position Assigned to: _____ | Initial: _____ | |

Position Reports to: **Medical Care Branch Director**   Signature: _____

Hospital Command Center (HCC) Location: _____     Telephone: _____

Fax: _____     Other Contact Info: _____     Radio Title: _____

| Immediate (Operational Period 0-2 Hours) | Time | Initial |
|---|---|---|
| Receive appointment, briefing, and appropriate forms and materials from the Medical Care Branch Director. | | |
| Read this entire Job Action Sheet and review incident management team chart (HICS Form 207).  Put on position identification. | | |
| Notify your usual supervisor of your HICS assignment. | | |
| Document all key activities, actions, and decisions in an Operational Log (HICS Form 214) on a continual basis. | | |
| Appoint Mental Health team members and complete the Branch Assignment List (HICS Form 204). | | |
| Brief Unit team members on current situation, incident objectives and strategy; outline Unit action plan and designate time for next briefing. | | |
| Meet with the Command staff and Employee Health & Well-Being Unit Leader to plan, project, and coordinate mental health care needs of patients, their family, and staff.  The plan should include addressing the mental health needs of people who arrive at the hospital with concerns that they are or may be victims of the disaster. | | |
| Participate in briefings and meetings, as requested. | | |
| Communicate with the Medical Care Branch Director and obtain information, as follows:<br>• Type and location of incident.<br>• Number and condition of expected patients.<br>• Estimated arrival time to facility.<br>• Unusual or hazardous environmental exposure.<br>• Location(s) of surge of people (who may or may not be victims of the disaster) who have arrived at the facility or who are calling to ask for assistance (e.g., facility phones, reception area, ED, decontamination area, isolation area, etc.).<br>• Any special circumstances that must be addressed due to the nature of the incident, such as special languages, cultural needs, or security concerns. | | |
| Provide mental health guidance and recommendations to Medical Care Branch Director based on response needs and potential triggers of psychological effects (trauma exposure, perceived risk to staff and family, restrictions on movement, resource limitations, information unavailability). | | |
| Communicate and coordinate with Logistics Section Chief to determine<br>• Available staff (mental health, nursing, chaplains, experienced volunteers, etc.) that can be deployed to key areas of the facility to provide psychological support, and intervention. | | |



August 2006

Job Action Sheet

| Immediate (Operational Period 0-2 Hours) | Time | Initial |
|---|---|---|
| • Location and type of resources that can be used to assist with a mental health response, such as toys and coloring supplies for children, mental health disaster recovery brochures, fact sheets on specific hazards (e.g., information on chemical agents that include symptoms of exposure), private area in the facility where family members can wait for news regarding their loved ones, etc. <br> • Availability of psychotropic medications (particularly anxiolytics). | | |
| Communicate with Planning Section Chief to determine: <br> • Bed availability in inpatient psychiatry units, if applicable. <br> • Additional short and long range mental health response needs. <br> • Need to provide mental health care guidance to medical community. | | |
| Establish an overall mental health treatment plan for the disaster including priorities for mental health response for patients, families, and staff; staffing recommendations; recommended mental health activities/interventions; resources available and needed; and problems to be addressed in the next operational period. | | |
| Regularly meet with Medical Care Branch Director to discuss medical care plan of action and staffing in all mental health areas. | | |
| Receive, coordinate, and forward requests for personnel and supplies to the Medical Care Branch Director. | | |
| Request clerical support from the Labor Pool and Credentialing Unit Leader, if necessary. | | |
| Document all communications (internal and external) on an Incident Message Form (HICS Form 213).  Provide a copy of the Incident Message Form to the Documentation Unit. | | |

| Intermediate (Operational Period 2-12 Hours) | Time | Initial |
|---|---|---|
| Communicate and coordinate with Logistics Section Chief on the availability of: <br> • Mental health staff needed to deliver psychological support and intervention <br> • Availability of psychotropic medications (particularly anxiolytics) | | |
| Coordinate with Logistics and Planning Section Chiefs to expand/create a recognized provisional Mental Health Patient Care Area, if necessary. | | |
| Ensure that appropriate mental health standards of care are being followed and mental health needs are being met. | | |
| Establish regular meeting schedule with mental health staff responding to the incident and the Medical Care Branch Director for updates on the situation regarding hospital operation needs. | | |
| Maintain communication with Logistics and Planning Sections to monitor situation updates and maintain information resource availability. | | |
| Communicate with local governmental mental health department, in collaboration with the Liaison Officer, to ascertain community mental health status and assess available resources. | | |
| Participate in development of risk communication and public information that addresses mental health concerns. | | |
| Ensure patient records are being prepared correctly and collected. | | |
| Ensure your physical readiness through proper nutrition, water intake, rest, and stress management techniques. | | |



| Intermediate (Operational Period 2-12 Hours) | Time | Initial |
|---|---|---|
| Advise Medical Care Branch Director immediately of any operational issue you are not able to correct or resolve. | | |
| Assess environmental services (housekeeping) needs in all mental health care areas; contact the Environmental Services Unit Leader for assistance. | | |
| Report equipment and supply needs to the Medical Care Branch Director and Supply Unit Leader. | | |
| Ensure staff health and safety issues are being addressed; resolve with Medical Care Branch Director and Employee Health and Safety Unit Leader, when appropriate. | | |
| Develop and submit an action plan to Medical Care Branch Director when requested. | | |
| Ensure that patient status and location information is being regularly submitted to the Patient Tracking Officer. | | |
| In collaboration with the Medical Care Branch Director, prioritize and coordinate patient transfers to other hospitals with Transportation Unit Leader. | | |

| Extended (Operational Period Beyond 12 Hours) | Time | Initial |
|---|---|---|
| Continue mental health care supervision, including monitoring quality of care, document completion, and safety practices. | | |
| Continue to meet regularly with the mental health staff responding to the incident and the Medical Care Branch Director to keep apprised of current conditions. | | |
| Continue to ensure the provision of resources for mental health and recovery, and education to children and families. | | |
| Observe staff, volunteers, and patients for signs of stress and inappropriate behavior. Report concerns to the Medical Care Branch Director and the Employee Health and Well-Being Unit. Provide for staff rest periods and relief. | | |
| Rotate staff on a regular basis. | | |
| Continue to document actions and decisions on an Operational Log (HICS Form 214) and send to the Medical Care Branch Director at assigned intervals and as needed. | | |
| Continue to provide Medical Care Branch Director with regular situation updates. | | |
| Provide staff with situation update information and revised patient care practice standards. | | |
| Continue to ensure mental health needs of patient and family are being met. | | |
| Respond to reports or concerns from other staff regarding signs of staff stress and inappropriate behavior. Report mental health needs of staff to Employee Health and Well-Being Unit. | | |
| Upon shift change, brief your replacement on the status of all ongoing operations, issues, and other relevant incident information. | | |

| Demobilization/System Recovery | Time | Initial |
|---|---|---|
| As needs for Mental Health Unit staff decrease, return staff to their normal jobs and combine or deactivate positions in a phased manner. | | |
| Coordinate a plan to address the ongoing mental health needs of patients, families, and | | |



| Demobilization/System Recovery | Time | Initial |
|---|---|---|
| staff, in conjunction with the Employee Health & Well-Being Unit. | | |
| Assist Medical Care Branch Director and Unit Leaders with restoring mental health care areas to normal operating condition. | | |
| Ensure return/retrieval of equipment and supplies and return all assigned incident command equipment. | | |
| Upon deactivation of your position, brief the Medical Care Branch Director and Operations Section Chief, as appropriate, on current problems, outstanding issues, and follow-up requirements. | | |
| Upon deactivation of your position, ensure all documentation and Operational Logs (HICS Form 214) are submitted to Medical Care Branch Director or Operations Section Chief, as appropriate. | | |
| Submit comments to Medical Care Branch Director for discussion and possible inclusion in after action report.  Comments should include:<br>• Review of pertinent position descriptions and operational checklists<br>• Procedures for recommended changes<br>• Section accomplishments and issues | | |
| Coordinate stress management and after-action debriefings.  Participate in other briefings and meetings as required. | | |

## Documents/Tools

- Incident Action Plan
- HICS Form 204 – Branch Assignment List
- HICS Form 207 – Incident Management Team Chart
- HICS Form 213 – Incident Message Form
- HICS Form 214 – Operational Log
- Local public health department reporting forms
- Hospital emergency operations plan
- Hospital organization chart
- Hospital telephone directory
- Radio/satellite phone

```
               OFFICE DEPOT
           1761 E. BAYSHORE RD.
          E. PALO ALTO, CA  94303
               650-327-7600
  SALE          STR0978  REG020   TRN3241
  06/19/09 10:04  EMP 111111   POS 5.09

  163061) IMPRESSION,BWSLFSR
   23 @ 0.000                    0.00
  OVERRIDE Full Service Overflow
  873905) IMPRESSION
    2 @ 0.000                    0.00
  OVERRIDE Full Service Overflow


           SUBTOTAL          0.00
           SALES TAX         0.00
              TOTAL          0.00
  *********************************
          For a chance to Win
         One of 40-$100 or 1-$1000
         Quarterly Shopping Sprees,
          visit www.od.bizrate.com
               En Espanol
          ID:   VTCJ9 2YR2 JC3W1
```

L2VT9X5U5633Y8WRHN

Design, Print & Ship Depot

Your partner in PRINTING & SHIPPING

solutions.

8

TO Honorable Jeremy Fogel Clearly
you MAY want know Why Plaintiff's
Writing you About HER case when you
Are About to MAKE your dision Plaintiff
Feels these Are Things you Must Know
I Check into this Keith Clausen person
because Unit Chief KASEY CARR brought
Him abroad without telling me what
Rights he had to handle My RECORds
are give permission or for Anyone to
HAVE them I found out he had none
Keith Clausen dose has his MASTER degree
In Psychology and Lisense in Marriage and family
Psychology He works at Sun Mateo Medical
Center 225 37th Avenue San Mateo His Job
Title Mental Health Clinial Services MANAGER
II - MentAL HEALth that is his Job to my Under-
Standing Anyone with A MASTERS degree IN
Psychology and A License has the Right to use
the word Dr Keith Clausen but in My CASE
When I first CALL Keith Clausen office His
Voice MailSAID only His NAME In Court
Judge Trumble used only Keith Clausen
On Laurie B. Hiller papers it was only Keith
Clausen then when I the Plaintiff Writes
Kasey CARR About This Keith Clausen I Heard
handling My papers His Voice Mail becomes
Doctor Keith            but even if He is Doc

tor Keith Clausen He Would Still have to
have My permission to handle My RECORDS,
OR Files Kacey Carr did not have my permission
or My Doctors permission to give Another
Doctor My Charts When there WAS A Subpoena
before At his Doctor Jore Wiggers And
Raberto G. handle That Subpoena thats
also when that DR. Keith Clausen CAME
up on his RECORDER I Spoke to the Unit
Chief There Linda Fattaroli At 225 SAN Mateo
Medical Center She told Me Keith Clausen
don't work at 225 Medical Center this Was
the 15th When I went to the Hospital to check
things out and do research Linda Fattaroli is A
Unit Chief Just like Kacey Carr Judge Fogel
AND She CAN tell you that Keith Clausen
is not suppose to handle Subpoena's
That ARE Sent to KACEY CARR Agency that
IS FOR My DOCTOR Who is Doctor Gabriel
and Kacey CARR to handle by law because
DR. GABRIEL by right is My Doctor that is
one of the REASONS he Changed his Record
ing because he new Plaintiff Would be
Calling and he new I was documenting
paper work and writing to the office about
him handleing My Files and he wouldn't might
unless he was My Doctor So um still
had or has A degree in Psychology Which

Many people do he want throw me off
by putting Dr Keith Clausen on the phone
So plaintiff would think he was working
In mental health as a Doctor when I
Called Feree HARRIS because She and
Kacey Carr and Keith Clausen wanted
to Meet with me on June 23, 2009 this
Month and told Her why ARE you still lead-
ing me in the wrong direction Keith Clausen
is not A practicing DOCtor I have the feeling
She Called His office because All of this
happen Last week June 8, 9, 10, 2009
early morning and early after noon when
I Called back to speak with Keith they
Said He would be out for the rest of the
week So I SAID I would like to Leave
A message on his voice Mail the Receptionist
told Me She would take it I SAID NO thank
you I want his voice Mail She Said well
don't you have his number I SAID Lady
Will you please transfer me She did it
took a minute but the DR Keith Clausen was
missing I then hung up the phone Called
Back ask what happen to the RECOrding
was but only told that Mr Clausen Works
IN Administrative Part He MAY ASSIST IN
litigation involving county mental HEALTH
issues As needed had a

prpt but instead side now there is the
haue to deal with doctor patrica when I can
not his client but his patient  When
Judge Patricia Trumbull Called Keith
Clausen to Court concerning Plaintiff's
Records Plaintiff felt She should have
been there also because it was Plaintiffs
records when Plaintiff ASK Keith Clausen
which Company DELIVER her RECORDS
he SAID he didn't KNOW he would have
to look it up Laurie Hiller SAYS HE WAS
A Custodian of RECORDS HE NEVER bother
to Correct her She Claim he gave her
RECORDS I ASK didN't LAURIE HILLER
get HER RECORD before the Court DATE
HE SAID yes but KNOW one KNOWS how but
I have NEVER Recieve anything not
EVEN on this day June 17,2009, HERE
IS Mr Clausen Voice Mail YES HE IS a Doctor
but that not the Doctor I feel he is trying
to pray He is trying to be one who HAS the
Right to handle Clients records by every
So how not with out My Consent and
the Receptionist Claudia Salada, Christine
Zachos, Jade May & Charlae Rochester
don't know when he changed RECORDER
from Keith Clausen to Doctor Keith Clausen

Sign
Cathy Enwere

YES and before MR. Keith Clausen
try to use Mental Health Client
CATHY ENWERE How MANY other
people working for Mental Health
that WAS HIRED as or for different
REASON that has A MASTERS IN PSYCholog
are NOW answering the phone as
DOCTORS.
Sign
Cathy Enwere

Chaning different hats Laurie B. Hiller
needed you as Custodian of RECORDS
Judge Patricia Trumbull needed you
as a person who was legal to sign
for my Records to be given But
you purured yourself I did not
give you my consent you werent
my Doctor and no right to my
Records you didn't work for 315
Sign
Cathy Enwere



San Mateo Medical Center
*A County System of Healthcare*

# PATIENT COMPLAINT WORKSHEET

**Date of complaint:** _____ 6/12/09 _____ **Date(s) of complaint occurrence:** _____

   In person:   X   By phone:      Other:

**Received by:**      Glynis   Initial:     Dept:  Patient Advocate
               Carreira

   Phone #:     650-573-3731    Time:    Afternoon

**Patient name:** _____ Cathy Enwere _____

   M: ____ F: _x_ DOB: _____ 1/34/1956 _____ Medical Record #: _____ MR #

**Person filing complaint:** _____ Same _____ Phone #: _____
   Relationship to patient: _____

**Area(s) of complaint:** _____ Mental Health – Keith Clausen CLINICAL SERVICES MANAGER II-MENTAL HEALTH

**Summary of complaint:**


**Disposition:**

6/15  Patient has come in today because she has a problem with Keith Clausen saying he is a doctor when he doesn't use that title.  She wants to know if he is working as a doctor, because he want to court as Keith Clausen not as "Doctor" Keith Clausen.  He also answered as custodian of records for the mental health department. The Mental health creationist said he was a patient service manager.  When she has called before his voice mail answers as Keith Clausen now it is answering as Dr. Keith Clausen.  The patient said she has checked with the medical association and they say there is not a Dr. Keith Clausen.  If he was to be handling my medical records he would have to have been a psychiatrist or he has no reason to be handling my medical records.

**cc:**   Name              Title/Department                        Date

     G. Carreira           Patient Advocate

**MENDOCINO COUNTY GOVERNMENT**
**CLASS SPECIFICATION**

| | | |
|---|---|---|
| **CLASS TITLE:** | **MENTAL HEALTH CLINICAL SERVICES MANAGER** | **CLASS CODE: 47513** |
| **DEPARTMENT:** | **MENTAL HEALTH** | **FLSA STATUS: E** |
| **REPORTS TO:** | **MENTAL HEALTH DIRECTOR** | **DATE: 7/05** |

## JOB SUMMARY AND DISTINGUISHING FEATURES:

Under administrative supervision, directs, coordinates and supervises systems of care; develops and creates resources to improve mental health services to target population; collaborates with other social service agencies to maximize service. Incumbents in this class may provide administration, supervision and coordination of psychiatric health facility within targeted group with management authority over facility.

## DISTINGUISHING FEATURES:

This is a licensed classification; it is distinguished from non-licensed classifications within the Mental Health department by the performance of professional-level counseling and therapy services. This classification is distinguished from other supervisor level positions within the department by its administrative oversight of a division of the department.

## SUPERVISION EXERCISED:

This classification exercises third-level supervision.

## ESSENTIAL JOB FUNCTIONS: (All responsibilities may not be performed by all incumbents.)

Carry out supervisory responsibility in accordance with policies, procedures and applicable laws including: interviewing, hiring and training, planning, assigning and directing work; appraising performance; rewarding and disciplining employees; addressing complaints and resolving problems.

Maintain hospital standards for licensing via state mental health services and compliance with laws, regulations and patient rights.

Serve as clinical team member; meets daily to review treatment plans, social work and client programs.

Establish and maintains a variety of programs within area of responsibility.

Participate in program manager meetings, staff meetings, and other activities as specified.

Formulate and implement all policies and procedures.

Monitor operating budget as assigned.

Assist in litigation involving County mental health issues as needed.

Develop and monitor contracts with other agencies.

Write chart notes in accordance with professional standards, state regulations and department protocol, and ensure proper filing either by filing or submitting to the proper area for filing.

Complete all required paper work.

Perform other related duties as assigned.

## MATERIAL AND EQUIPMENT USED:

Vehicle          Computer          General Office Equipment

Mental Health Clinical Services Manager Class Specification
Class Code: 47513
Page 2

## MINIMUM QUALIFICATIONS REQUIRED:

### Education and Experience:

Master's degree from an accredited college or university in social work, or a related field; and,

Four to six years of progressively responsible related experience; or,

Bachelor's degree, when also possessing a Psychiatric Registered Nurse certification, and;

Four to Six years of progressively responsible related experience; or,

Any combination of education, training and experience, in conjunction with the required licensure, which provides the required knowledge, skills, and abilities to perform the essential functions of the job.

### Licenses and Certifications:

Marriage and Family Therapist (or)

Licensed Clinical Social Worker (or)

Licensed Psychologist (or)

Psychiatric Registered Nurse

## KNOWLEDGE, SKILLS, AND ABILITIES:

### Knowledge of:

Principles and practices of social work, psychology, mental illness.

Available community and governmental resources.

Principles, practices and techniques of counseling approaches.

Applicable state, federal and local ordinances, laws, rules and regulations.

Current psychopharmacology, substance abuse and appropriate treatments.

Record keeping, report preparation, filing methods and records management techniques.

Basic budgetary principles and practices.

Administrative principles and practices, including goal setting and implementation.

Administration of staff and activities, either directly or through subordinate supervision.

Methods and techniques of research, statistical analysis and report presentation.

All computer applications and hardware related to performance of the essential functions of the job.

### Skill in:

Using tact, discretion, initiative and independent judgment within established guidelines.

Researching, compiling, and summarizing a variety of informational and statistical data and materials.

Organizing work, setting priorities, meeting critical deadlines, and following up on assignments with a minimum of direction.

Communicating clearly and effectively, both orally and in writing.

Planning, organizing, assigning, directing, reviewing and evaluating the work of staff.

Selecting and motivating staff and providing for their training and professional development.

Preparing clear and concise reports, correspondence and other written materials.

**Mental and Physical Abilities:**

Ability to read, analyze and interpret professional periodicals and journals, technical procedures and government regulations.

Ability to speak effectively before public groups and respond to questions.

Ability to write clear and concise chart notes in accordance with professional standards, state regulations and department protocol.

Ability to write reports, correspondence, procedure manuals.

Ability to define problems, collect data, establish facts and draw valid conclusions.

While performing the essential functions of this job the employee is frequently required to sit, use hands to finger, handle, or feel, reach with hands and arms, and speak and hear.

**Working Conditions:**

Work is performed in a normal interior environment with little exposure to outdoor temperatures or dirt and dust.

The incumbent's working conditions are typically moderately quiet, but may become loud.

This class specification should not be interpreted as all-inclusive. It is intended to identify the essential functions and requirements of this job. Incumbents may be requested to perform job-related responsibilities and tasks other than those stated in this specification. Any essential function or requirement of this class will be evaluated as necessary should an incumbent/applicant be unable to perform the function or requirement due to a disability as defined by the Americans with Disabilities Act (ADA). Reasonable accommodation for the specific disability will be made for the incumbent/applicant when possible.

# BUSINESS AND PROFESSIONS CODE
## SECTION 2050-2079

201.    The Division of Licensing shall issue one form of certificate
to all physicians and surgeons licensed by the board which shall be
designated as a "physician's and surgeon's certificate."


2051.  The physician's and surgeon's certificate authorizes the
holder to use drugs or devices in or upon human beings and to sever
or penetrate the tissues of human beings and to use any and all other
methods in the treatment of diseases, injuries, deformities, and
other physical and mental conditions.


2052.   (a) Notwithstanding Section 146, any person who practices or
attempts to practice, or who advertises or holds himself or herself
out as practicing, any system or mode of treating the sick or
afflicted in this state, or who diagnoses, treats, operates for, or
prescribes for any ailment, blemish, deformity, disease,
disfigurement, disorder, injury, or other physical or mental
condition of any person, without having at the  time of so doing a
valid, unrevoked, or unsuspended certificate as provided in this
chapter or without being authorized to perform the act pursuant to a
certificate obtained in accordance with some other provision of law
is guilty of a public offense, punishable by a fine not exceeding ten
thousand dollars ($10,000), by imprisonment in the state prison, by
imprisonment in a county jail not exceeding one year, or by both the
fine and either imprisonment.
   (b) Any person who conspires with or aids or abets another to
commit any act described in subdivision (a) is guilty of a public
offense, subject to the punishment described in that subdivision.
   (c) The remedy provided in this section shall not preclude any
other remedy provided by law.

justia.com

t  View  Favorites  Tools  Help

tes   Signin   **a** amazon.com Used and N...   Horiz.eil=I  'Y∂ AT&T Yahoo! Mail (24x7...   **Get More Add-ons ▾**   † Gmail - Inbox (1506) - gpo...

3. License Required and Exemptions - Sect...      ⁺ᵢ ▾   ⱼ ⁻   ☰ ▾ Page ▾ Safety ▾ Too

## ərnia Business and Professions Code Sections 2050-2079

License Required and Exemptions

Search   ᵒ California Code   All US State Codes

# iNESS AND PROFESSIONS CODE
## TION 2050-2079

The Division of Licensing shall issue one form of certificate
l physicians and surgeons licensed by the board which shall be
nated as a "physician's and surgeon's certificate."

The physician's and surgeon's certificate authorizes the
r to use drugs or devices in or upon human beings and to sever
netrate the tissues of human beings and to use any and all other
ds in the treatment of diseases, injuries, deformities, and
physical and mental conditions.

(a) Notwithstanding Section 146, any person who practices or
pts to practice, or who advertises or holds himself or herself
s practicing, any system or mode of treating the sick or
oted in this state, or who diagnoses, treats, operates for, or
ribes for any ailment, blemish, deformity, disease,
gurement, disorder, injury, or other physical or mental
tion of any person, without having at the time of so doing a
, unrevoked, or unsuspended certificate as provided in this
er or without being authorized to perform the act pursuant to a
ficate obtained in accordance with some other provision of law
ilty of a public offense, punishable by a fine not exceeding ten
and dollars ($10,000), by imprisonment in the state prison, by
sonment in a county jail not exceeding one year, or by both the
and either imprisonment.
) Any person who conspires with or aids or abets another to
ə any act described in subdivision (a) is guilty of a public
se, subject to the punishment described in that subdivision.
) The remedy provided in this section shall not preclude any
remed provided by law.

. (a) The proposed registration program developed pursuant to
vision (b) shall provide that, for purposes of the proposed
tration program:
A physician and surgeon practices medicine in this state
s state lines when that person is located outside of this state
hrough the use of any medium, including an electronic medium,
ces or attempts to practice, or advertises or holds himself or
f out as practicing, any system or mode of treating the sick or
ted in this state, or diagnoses, treats, operates for, or

**California Resources**
California Website
California Governor
California Legislature
California Courts

**Search this Code**
in Google Scholar

**on the Web**
Google Web Search
MSN Web Search
Yahoo! Web Search

**in the News**
Google News Search
Google News Archive Sear
Yahoo! News Search

**in the Blogs**
BlawgSearch.com Search
Google Blog Search
Technorati Blog Search

**in other Databases**
Google Book Search